# Exhibit 1

  



# Nexo

The World's Leading Regulated Institution for Digital Assets

Financial Services · Georgetown · 29K followers · 501-1K employees

Follow    ✈ Message    ⋯

Home    **About**    Products    Posts    Jobs    People

## Overview

Nexo is the world's leading digital assets institution.

The company's mission is to maximize the value and utility of digital assets by offering a comprehensive suite of products that include advanced trading solutions for retail and institutional clients, aggregation of liquidity from leading venues, and tax-efficient asset-backed credit lines. In 2022, the enterprise launched its investment arm Nexo Ventures, which now boasts over 60 portfolio companies.

Nexo has processed $130+ billion for 6,000,000+ satisfied users across more than 200 jurisdictions.

**Website**
https://nexo.com

**Industry**
Financial Services

**Company size**
501-1,000 employees
609 associated members  ℹ

**Founded**
2017

**Specialties**
Blockchain, FinTech, Cryptocurrency, Lending, Banking, Finance, Digital Assets, and Credit Cards

## Locations (1)

**Primary**
Georgetown, KY

Get directions ⬈



## Funding via Crunchbase

···

Nexo · 2 total rounds

**Last Round**

**Seed** • Mar 8, 2018

Show more ⤢

## Products people also use
Online Trading Platforms

**Nexo**
Online Trading Platforms

**Active Trader Pro**
Online Trading Platforms

**Crypto.com**
Online Trading Platforms



Show all →

## Pages people also viewed

**Nexo Careers**
Banking
5,930 followers

+ Follow

**Crypto.com**
Financial Services
495,805 followers

Rameez & 5 other connections follow this page

+ Follow

**Payhawk**
Financial Services
42,822 followers

+ Follow

Show all →

## People also follow

**Mass Torts Vendor Association (MTVA)**
Legal Services
123 followers

Aaron follows this page

+ Follow

**State Bar of Texas**
Legal Services
18,933 followers

Susan & 85 other connections follow this page

+ Follow

**Federal Bar Association**
Legal Services
12,861 followers

Chase & 16 other connections follow this page

+ Follow

Show all →