# Exhibit 2

 nexo  ☰

# Disrupting the financial system, one bit at a time

Nexo is the world's leading and most trusted lending institution in the digital finance industry.

Since 2018 Nexo has strived to bring professional financial services to the world of digital assets. Leveraging the best of its team's and co-founder's years of experience in FinTech along with the power of blockchain technology, Nexo empowers millions of people to harness the value behind their crypto assets, shaping a new, better financial system.

Nexo currently manages assets for 7M+ users across 200 jurisdictions.

**7M+**
Nexo users worldwide

**60+**
Supported cryptocurrencies

**200+**
Available jurisdictions

**600K+**
Social media community



Creating the Future of Finance Today

Antoni Trenchev

Co-Founder & Managing Partner

5/6/24, 3:46 PM Case 4:24-cv-00466-ALM Document 1-3 Filed 05/22/24 About Us | Nexo Page 4 of 9 PageID #: 46

# Mission, Vision & Values

A service made with our clients in mind

## 01.

# Mission

Nexo is committed to successfully solving inefficiencies in the lending markets by creating innovative, convenient and sustainable solutions. By harnessing the potential behind blockchain technology, Nexo is pioneering a new digital financial system.

## 02.

# Vision

We see a future for the financial world where all assets are tokenized on-chain and people have efficient ways to transfer or manage their funds. At Nexo, we always look ahead which is why we've designed our products to be seamless, secure and instant -- the financial services of tomorrow.

## 03.

# Values

Nexo's values are rooted in efficiency, transparency and inclusivity. This is reflected in our fully-automated products, transparent processes and our extensive efforts to develop a truly global service that makes wealth creation opportunities available to everyone.

# Strategic Partners

https://nexo.com/about-us 3/8

   

   

   

# Memberships

   

   

Case 4:24-cv-00466-ALM    Document 1-3    Filed 05/22/24    Page 6 of 9 PageID #:  48



# Careers

We are looking for exceptionally talented people to join our team

Imagine yourself contributing to the development of one of the most dynamic blockchain-based FinTech companies in the world, redefining how financial services are conducted. This innovative company is Nexo.

**View all openings**



In April, London-based crypto-services firm Nexo teamed up with Mastercard to launch a credit card backed by cardholders' cryptocurrencies.

**WSJ**              The Washington Post

## Unleash the
## Power of Your Crypto

With the account that caters to your profit and prosperity through our leading credit line service for digital assets and high-yield interest on your idle savings.

**Get Started**



Home    »    About Us





**TrustScore 4.7**
UYU Reviews

## Sign up for updates

Follow us

Enter your email

   

| Products | Company | Resources |
|---|---|---|
| Buy | About | Blog |
| Exchange | Security | Media Center |
| Borrow | Licenses | Help Center |
| Nexo Card | Nexo Prime | Contacts |
| Nexo Pro | Nexo Private | Sitemap |
| Referral | Nexo Ventures | Vulnerability Disclosure |
| | Corporates | |
| | Affiliates | |
| | Careers | |

# Legal

Privacy Policy

Terms & Conditions

Services Terms

Borrow Terms

Earn Terms

Exchange Terms

DeFi Terms

Staking Terms

Nexo Card Terms

Affiliate Terms

Cookies Policy

## Mobile app





 ISO 27001, 27017, 27018 &
SOC 2 Type 2 Certifications

 Licensed & Regulated
Digital Assets Institution

 Trusted by 7M+ people
since 2018

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions.

Copyright 2024 Nexo. All rights reserved.