# Exhibit 3

# HELP CENTER

  How can we help?

Home (/) > Regulation (/category/regulation)
> Are Nexo's products available in my jurisdiction? (/article/in-which-jurisdictions-is-your-product-available)

## Related Articles

How to keep your Nexo account safe?

How to make a suggestion about Nexo's products, token utility, and governance?

Is the latest Nexo app version available in my country?

Send crypto to your friends on Nexo instantly and free of charge

Which merchants are not supported by the Nexo Card?

## Categories

About Nexo

Bank Transfers

Borrow

Buy with Card

Crypto Top-Ups

Earn

Exchange

Case 4:24-cv-00466-ALM    Document 1-4    Filed 05/22/24    Page 3 of 5 PageID #:  54

Getting Started

Loyalty Program

NEXO Token

Nexo Booster

Nexo Card

Nexo Pro

Nexo Wallet

Refer a Friend

Regulation

Repayments

Security

Verification

Withdrawals

# Are Nexo's products available in my jurisdiction?

While Nexo is a global company, there are specific jurisdictions in which we do not operate:

- Bulgaria
- The Central African Republic
- Cuba
- Canada
- Estonia
- Iran

- USA
- North Korea
- Syria
- The Russian Federation
- Donetsk
- Kherson
- Luhansk
- Zaporizhzhia
- Crimea

Please note that all or part of the Nexo Services, some features thereof, or some Digital Assets are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform. For more information, please refer to the corresponding Terms (https://nexo.com/services-terms) on our website.



(https://nexo.com/)



(https://www.trustpilot.com/review/nexo.com?stars=4&stars=5)

## Follow us

http://sw/ff/id/https:////twoxeefnc/excxloefxxaco/rpce)/nexofinance/)


ISO 27001, 27017, 27018 &
SOC 2 Type 2 Certification


Licensed & Regulated
Digital Assets Institution (https://nexo.com/licenses-and-registrations)


Trusted by 7M+ people
since 2018

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions.

Copyright 2024 Nexo. All rights reserved.

English (US) 🌐 ▾

Case 4:24-cv-00466-ALM    Document 1-4    Filed 05/22/24    Page 5 of 5 PageID #: 56