# Exhibit 7

| | |
|---|---|
| Subject: | **Reminder: An Update on Your ^_Nexo^_ Account** |
| Date: | 3/15/2023 3:00:53 PM Central Standard Time |
| From: | community@nexo.com |
| Reply To: | reply-fec9107076610d7c-26_HTML-55290610-500009431-4@nexo.com |
| To: | pgfmtnhi@aol.com |

# Update for Clients from Texas

Dear Peter,

As you are probably aware, on January 19, 2023, we        our settlement with the US Securities and Exchange Commission (SEC), the North American Securities Administrators Association (NASAA), consisting of all 50 US States and three territories, the Attorney General of New York, the Texas Department of Banking, the Washington Consumers Services Division and the Alaska Division of Banking and Securities, which was concluded on a no-admit-no-deny basis and closed all multi-year-long inquiries into Nexo.

In light of this, we would like to remind you that we will be stopping our Earn Interest Product for all US clients, which includes US citizens and US residents (including US territories) on April 1, 2023, and all fixed terms will then be unlocked. **As you are a US client from Texas, we ask that you begin planning the withdrawal of your funds at a convenient time by this date.**

Between now and April 1, 2023, your balances on Nexo will continue to receive the same interest rate as that of the date of Nexo's landmark resolution in the US (January 19, 2023). This does not affect Nexo's platform, which is fully functioning and processing transactions in real time, as always, in order to support you in this transitional period.

# Options for withdrawing your assets

There are a couple of ways you can withdraw your funds from Nexo. For your convenience, we have listed them below:

**Moving your assets to another crypto wallet:** The quickest and easiest way to move your funds off the Nexo platform is to transfer them to a non-custodial

wallet, an exchange, or another custodial solution that supports the specific assets in your account. This option allows you to keep your crypto rather than sell it.

**Withdrawing to a bank account:** USDx, GBPx, or EURx can be withdrawn directly to your bank account. You can also convert any crypto into USDx, GBPx, or EURx on the Nexo Exchange and withdraw these funds directly to your bank account. Please be aware that **withdrawing to a bank account can be significantly slower** due to delays from our bank and fiat partners. If you already have USDx, GBPx, or EURx and want to avoid this delay, you can swap them for crypto and move them to another wallet.

**For Limited Assets:** As you cannot directly withdraw these cryptocurrencies from the Nexo platform, to move them from your account, simply use the Nexo Exchange to swap into whatever withdrawable asset works best for you. Then transfer it to your preferred external wallet. A list of all limited assets on Nexo is available .

**Combined approach:** You can use a combination of the above methods depending on what best suits you.

For even more detailed information on moving funds from Nexo, which withdrawals are fee-free, and what our minimum withdrawal thresholds are, read our .

# What happens if I do not withdraw my assets on time?

If you fail to withdraw all funds from the Savings Wallet of your Nexo account by April 1, 2023, please be aware that any unclaimed assets can become subject to Texas abandoned property laws.

# If you are not a US client

**The above considerations only apply to US clients,** so all non-US clients continue to enjoy the full suite of Nexo's services.

If you believe that your account has wrongfully been flagged as US-based, you must update your verification details by providing a document from the list below as soon

as possible. You can send the required information to kyc@nexo.io using the email address registered on your Nexo account:

A bank statement or credit/debit card statement

A utility bill

Your most recent tax return (issued within 2022)

A current tenancy agreement

An insurance statement

All acceptable supporting documents except the tax return form, as indicated above, should be dated within the past three months and should show your residential address along with your name.

The above course of action reflects our belief that the development of clear regulatory frameworks is the best way to protect the crypto industry and usher it into the mainstream safely and compliantly. We trust our cooperative approach to the relevant regulatory bodies will allow us to provide you with our industry-leading offering in the near future.

Stay ahead,
The Nexo Team

ISO 27001:2013                Licensed & Regulated Digital Assets              Assets Audited
Security Compliant                        Institution                          by Armanino

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

© 2023 Nexo