# Exhibit 8

## HELP CENTER

🔍 How can we help?

Home (/) > Earn (/category/earn)
> Earn high-yielding annual interest on crypto assets - Explained (/article/earn-high-yielding-annual-interest-on-crypto-assets-explained)

## Related Articles

Earn daily interest up to 12% APY on your NEXO Tokens

Earn interest on EURx, GBPx and USDx

How do I activate the option to earn interest in NEXO Tokens?

How to deposit crypto assets?

How to earn 20-50% more on my idle assets (savings)?

## Categories

About Nexo

Bank Transfers

Borrow

Buy with Card

Crypto Top-Ups

Earn

Case 4:24-cv-00466-ALM     Document 1-9     Filed 05/22/24     Page 3 of 15 PageID #:  108

Exchange

Getting Started

Loyalty Program

NEXO Token

Nexo Booster

Nexo Card

Nexo Pro

Nexo Wallet

Refer a Friend

Regulation

Repayments

Security

Verification

Withdrawals

# Earn high-yielding annual interest on crypto assets - Explained

In this article:

1. First steps to our high-yielding annual interest
2. What are the interest rates (APY)?
3. How do balance limits work?
4. How is your interest calculated?

5.  How can I calculate the Nexo token staking required for higher interest rates?

6.  What currency will the interest be paid out in?

7.  How can I activate earning interest in NEXO Tokens for higher interest rates?

8.  Where can I see the interest I have earned from my balances?

9.  How is Nexo able to pay interest on my assets?

10. The main benefits of Nexo's Earn Product

11. Is there a minimum amount required to start earning on my assets?



**Start earning high-yielding annual interest on your idle crypto in a few simple steps:**

1. Log in to your Nexo account

2. Complete Identity Verification if you have not done so already. You can find more information about our quick and intuitive verification process in this article (https://support.nexo.com/s/article/how-to-verify-your-identity)

3. Transfer assets (https://support.nexo.com/s/article/how-to-deposit-crypto-assets) to your Nexo account or purchase crypto (https://support.nexo.com/s/article/nexo-exchange-services-explained) directly on the Nexo Exchange (http://nexo.com/exchange)

    **Important:**

- Please make sure to only transfer supported crypto assets (https://support.nexo.com/s/article/supported-crypto-assets) over the respective Blockchain network supported by Nexo (https://support.nexo.com/s/article/blockchain-networks-supported-by-nexo

Transferring unsupported assets to your Nexo account **will result in permanent loss.**

- Earn on Crypto is available for BTC, ETH, LTC, XRP, EOS, XLM, BCH, USDT, USDC, TUSD, DAI, PAXG, USDP, LINK, TRX, PAXG, BNB, DOT, DOGE, ADA, MATIC, AXS, SOL, AVAX, ATOM, NEAR, APE, AAVE, ARB, OSMO, GRT, INJ, TIA, ENA, and NEXO (https://support.nexo.com/s/article/earn-daily-interest-up-to-12-apy-on-your-nexo-tokens), with more assets coming soon!

4. Enjoy your high-yield passive income! You will start earning compounding interest after a minimum of 24 hours of your transfer (https://support.nexo.com/s/article/why-did-i-not-receive-interest-on-my-savings). The interest is paid out daily and is automatically added to your Savings Wallet.

**Important:** Please note that assets held in your Credit Line Wallet (used as collateral) will not earn interest. The only exception to that is our NEXO Token (https://support.nexo.com/s/article/earn-daily-interest-up-to-12-apy-on-your-nexo-tokens).

## What are the interest rates (APY)?

Your interest rate is determined by the following factors:

1. Your Loyalty level (https://support.nexo.com/s/article/nexo-loyalty-program-explained)

2. The selected interest payout currency
- If you choose to receive your interest in kind (same cryptocurrency), there is no additional bonus
- If you choose to receive your interest in NEXO Tokens* (https://support.nexo.com/s/article/how-to-activate-the-option-to-earn-interest-in-nexo-tokens), you can receive a **bonus of up to 2%** on all your holdings

3. The type of your savings term (https://support.nexo.com/s/article/nexo-term-deposits-explained) (Flex or Fixed**)

Case 4:24-cv-00466-ALM    Document 1-9    Filed 05/22/24    Page 6 of 15 PageID #:  111

*\* Earn in NEXO is currently unavailable to US citizens and residents due to regulatory restrictions*

*\*\*Fixed Terms for Dogecoin (DOGE) are currently unavailable*

You can find an interactive breakdown (https://nexo.com/earn-crypto) of our Earn product on our website. All you need to do is pick a Loyalty Tier. By clicking on the down arrow next to a particular asset, you can see how much additional Earn options contribute towards the maximum interest rate. However, please note that certain assets have a balance limit, as shown in the section below.



💡 **Tip**: You can also use our earn calculator (https://nexo.com/earn-crypto#calculator) to determine the yield of a specific asset based on your preferred term and interest payout.

## How do balance limits work?

For assets that have a balance limit, the earn rates will differ based on whether your earnable amount is above or below the specified limit. If the amount is below it, it will

earn at regular rates, but if it's above the limit, the yield will be lower. Note that the threshold applies to each asset individually and not to your entire portfolio.

> ***Example:***
> Suppose your Loyalty level is Base and you have 60,000 USD worth of BTC in Flex Terms. As the balance limit for BTC in the Base tier is 25,000 USD, you will be earning up to 4% annual interest on 25,000 USD and up to 2.5% annual interest on the remaining 35,000 USD which are above the threshold.

Currently, the following assets have balance limits: BTC, ETH, XRP, PAXG, and LINK.

## How is your interest calculated?

The way your daily interest is calculated depends on whether you are earning in kind (same cryptocurrency) or in NEXO Tokens. If you are earning in kind, the calculation will be based on the **compound** interest model, i.e., it will take into account both the principal amount and the accumulated interest.

However, if you choose to earn in NEXO Tokens, the interest will be **simple**, i.e., it will be calculated on the principal amount only (the same interest amount will be added to your Savings Wallet every day):
[Daily interest rate] = [Annual interest] ÷ 365 days
[Simple daily interest] = [Principal amount] x [Daily interest rate]

> ***Example:***
> The below calculations are based on 1,000 ADA (principal amount).
> **Scenario 1.** If your loyalty tier is **Platinum**, the funds are locked in a **Fixed Term** and you have chosen to earn interest **in NEXO Tokens**, your annual interest will be 8% (**5%** + **1%** + **2%**). In this case, the daily interest will be calculated as follows:
>
> *8% ÷ 365 days = 0.02191781% - daily interest rate*
> *1,000 ADA x 0.02191781% = 0.2191780 ADA - daily interest in kind, which will be converted to USD and then to NEXO Tokens*

**Scenario 2.** If your loyalty tier is **Platinum**, the funds are locked in a **Fixed Term** and you have chosen to earn interest in kind (same cryptocurrency), your annual interest will be 6% (**5%** + **1%**). In this case, the daily interest will be calculated using the compound model and will take into account not only the principal amount of 1,000 ADA but the accumulated interest too.

**Scenario 3.** If your loyalty tier is **Base** and the funds are locked in a **Fixed Term**, your annual interest will be 5% (**4%** + **1%**). As the option to earn interest in NEXO Tokens is not available in the Base Loyalty tier, the daily interest will be calculated in kind using the compound model and will take into account not only the principal amount of 1,000 ADA but the accumulated interest too.

**Important:** Your interest rate will be adjusted automatically based on your current Loyalty tier, which may change depending on the value of your NEXO compared to the value of the rest of the assets in your portfolio.

## How can I calculate the amount of NEXO Tokens required for higher interest rates?

To benefit from the highest interest rates, your Loyalty tier (https://support.nexo.com/s/article/nexo-loyalty-program-explained) must be Platinum, meaning that the value of your NEXO Tokens must be at least 10% of the value of all other assets in your portfolio.

The exact NEXO balance required for highest interest rates will depend on the market price of NEXO at any given moment and will be displayed in the 'Total Interest Earned' section on your 'Dashboard':



### *Example:*

If the value of the assets in your Nexo account, excluding NEXO, equals 10,000 USD, you will need to have 1,000 USD worth of NEXO Tokens to qualify for the Platinum tier. We recommend keeping an extra amount of NEXO in your account to ensure that your Loyalty level does not change when the price of the crypto assets fluctuates.

You can check your total 'Portfolio Balance' (including NEXO) on the 'Dashboard' of your Nexo account:



## What currency will the interest be paid out in?

Depending on your Loyalty tier, you may choose to receive your interest in the same currency (e.g., you can earn interest in LTC on your LTC deposit) or in NEXO Tokens (https://support.nexo.com/s/article/how-to-activate-the-option-to-earn-interest-in-nexo-tokens) (this option gives you up to +2% bonus interest).

## How can I activate the 'Earn in NEXO' option for higher interest rates?

1. Log in to your Nexo account and make sure your Loyalty tier is Silver, Gold, or

Platinum

2. Click on 'My Profile' → 'Settings'

4. Choose 'Interest payout in NEXO tokens'

5. Congratulations! You have activated the **interest bonus of up to +2%** on your savings balances



## Where can I see the interest I have earned from my balances?

You can see the total interest accumulated on your savings balances under 'Interest Earned' on your 'Dashboard':



Case 4:24-cv-00466-ALM    Document 1-9    Filed 05/22/24    Page 11 of 15 PageID #: 116

By clicking **'See Interest Details,'** you can access detailed information about all the crypto assets and the interest you have earned on them so far:



We send out weekly emails that provide details on the interest that has been accumulated over the past seven days. The email will only feature assets that have had at least one interest transaction credited during that week. The total amount earned will be displayed in US dollars (USD) for comparison purposes. However, you will receive your interest payments either in kind or in NEXO, depending on your preference.

## How is Nexo able to pay interest on my assets?

Nexo safeguards your assets and maintains stable rates through overcollateralized, crypto-backed institutional lending and stringent risk management practices.



| | Nexo | Others |
|---|---|---|
| Lending Based on The Balance Sheet | ✅ No | ❌ Yes |
| Overcollaetarized Lending Only | ✅ Yes | ❌ No |
| Risk | ✅ Very Low | ❌ High |

## The benefits of the Earn Interest Product

- High-yield savings with an annual interest rate of up to 15%
- Daily interest payouts
- Full flexibility: Exchange or withdraw funds at any time

Case 4:24-cv-00466-ALM    Document 1-9    Filed 05/22/24    Page 12 of 15 PageID #: 117

- #ZeroFees: No fees, no minimum contribution requirements
- Insurance on custodial assets (https://support.nexo.com/s/article/security-and-insurance) by Ledger Vault
- Nexo's Crypto Credit Lines are overcollateralized at 200-500%, ensuring that all funds are backed by assets

For more information about earning on specific assets, please visit the following pages:
- Earn interest on EURx, GBPx and USDx (https://support.nexo.com/s/article/earn-interest-on-eurx-gbpx-and-usdx)
- Earn interest on stablecoins and crypto (https://nexo.com/earn-crypto)

**Is there a minimum amount required to start earning on my crypto?**

The minimum amount required to start earning high-yielding interest on your assets can be found in the table below:

### 1inch Network 1INCH

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|
| 30% | 10 USD | 10 |

| Min. Earning Amount | Min. Fixed Term Amount |
|---|---|
| N/A | N/A |

### Aave AAVE

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|
| 30% | 10 USD | 0.1 |

| Min. Earning Amount | Min. Fixed Term Amount |
|---|---|
| 0.06 | 0.12 |

### Algorand ALGO

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|
| 30% | 10 USD | 80 |

| Min. Earning Amount | Min. Fixed Term Amount |
|---|---|
| N/A | N/A |

### AltLayer ALT

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|

*N/A — The respective feature (Earn / Fixed Term / Withdrawal / Repayment) is not available for this asset*

**Important:**

- A 24-52 hour cool-off period applies to assets moved from the Credit Line Wallet to the Savings Wallet. This approach aims to prevent improper use of the Nexo platform, thus safeguarding our clients, investors, and our business.
- The Nexo Services are unavailable to citizens or residents of certain jurisdictions, including where restrictions may apply, such as Bulgaria, Estonia, the USA, and Canada

Case 4:24-cv-00466-ALM    Document 1-9    Filed 05/22/24    Page 14 of 15 PageID #: 119

- The Nexo Earn Interest Product is unavailable for LDO, ENS, MANA, SAND, UNI, SUSHI, GALA, CRV, MKR, 1INCH, HT, RUNE, Terra (LUNA2), Terra Classic (LUNC), TerraClassic USD (USTC), OP, SWEAT, ETHW, COMP, GMT, SNX, GMX, FXS, DYDX, CVX, CHZ, APT, YFI, BAT, KNC, BAL, CAKE, FLR, WLD, HBAR, BONK, SEI, SUI, W, SHIB, PENDLE, TON, and ALGO.
- For a limited period, Nexo offers additional 3-month and 6-month Fixed Term options for XRP, BCH, and TRX. Please note that Nexo reserves the right to limit these options without prior notice.
- Until May 26, 2024, Nexo offers a 1-month Fixed Term option for ENA. Please note that Nexo reserves the right to limit this option without prior notice.


(https://nexo.com/)


(https://www.trustpilot.com/review/nexo.com?stars=4&stars=5)

## Follow us

https://twitter.com/nexo/) (https://www.facebook.com/nexofinance/)


ISO 27001, 27017, 27018 & SOC 2 Type 2 Certification


Licensed & Regulated Digital Assets Institution (https://nexo.com/licenses-and-registrations)


Trusted by 7M+ people since 2018

5/6/24, 4:13 PM

Earn high-yielding annual interest on crypto assets – Explained • Nexo

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions.

Copyright 2024 Nexo. All rights reserved.

English (US)