# Exhibit 9

Case 4:24-cv-00466-ALM   Document 1-10   Filed 05/22/24   Page 2 of 7 PageID #:  122

  

Blog   »   Company   »   Partnerships

# Nexo's Security Infrastructure Grows with Ledger Vault Partnership

Feb 10, 2021      2 min read

**Partnerships**

With crypto's market cap reaching $1 trillion, Nexo's assets under management surged to $4+ billion. More funds on the Nexo platform means more responsibility, which is why we've struck a strategic partnership with **Ledger Vault** to further boost our security and insurance, and diversify our comprehensive custodial infrastructure.

Nexo is designed for speed, immediate execution of transactions, flexibility, and user-friendliness. As such, we require a custodial solution that combines instant access to funds, full independence from cold storage, and the most secure, multi-signature storage technology. Ledger Vault t

All set. Share only with your best friends!

Implementing Ledger Vault's solutions also increases Nexo's insurance. The Vault insures digital assets for up to $150 million through a customized insurance program backed by Arch and Marsh. With the added coverage from this new integration, Nexo's total insurance portfolio now amounts to $375 million. This upgrade is a part of Nexo's broader plan to increase our insurance to over $1B in 2021 via a syndicate of leading insurers.

Commenting on the partnership, Nexo's Co-founder and Managing Partner Antoni Trenchev said:

> **"The Ledger Vault integration is yet another crucial step in creating a robust, impenetrable security environment for our clients. The digital assets space is maturing and with this the skills of malicious actors are becoming more sophisticated. This is why Nexo is always a few steps ahead. By welcoming Vault into our security system, we continue to improve our platform and bring greater peace of mind to our clients."**

For his part, Jean-Michel Pailhon, Vice President Business Solutions at Ledger, said:

> **"Working with partners like Nexo to level-up their security is our top priority. Ledger Vault's strength and spotless track record with zero lost or stolen funds combined with our SOC 2 certified battle-tested security cloud-based platform will add to Nexo's secure and reliable platform."**

As we've said many times: the safety of your assets is our top priority. Reflecting our reputation as the most security-focused lender in the digital assets space, we will continue evolving our infrastructure to ensure our safety measures scale along with our services and the market.

## About Ledger Vault

Ledger Enterprise Solutions is a core business unit of Ledger, a leader in security for cryptocurrencies and blockchain applications. Leveraging Ledger's industry-leading and independently-certified security technology, the Ledger Vault SaaS solution provides a cloud-based digital assets custody infrastructure for financial institutions and professional investors to

All set. Share only with your best friends!

services to secure and service individuals, companies, and connected devices with their digital assets. Founded in 2015, the company has offices in Paris, New York, Singapore, London, Zurich, and Vierzon.

**Official website:** [enterprise.ledger.com/](enterprise.ledger.com/)

---

Like this article? Spread the word.



---

# Related Posts



Mar 13

## Nexo's Partnership with Chainstack & What It Means for You

**Partnerships**



May 24, 2022

## Nexo's TRUST Membership

**Partnerships**

All set. Share only with your best friends!



Apr 13, 2022

## Investment Update: Nexo Ventures Backs RociFi

**Partnerships**

# Let Your Crypto Work For You

The only cryptocurrency account that lets you borrow instantly in 45+ fiat currencies.

Get Started



Home  »  Blog  »  Company  »  Partnerships  »  Nexo's Security Infrastructure Grows with Le

All set. Share only with your best friends!





## Sign up for updates

Follow us

| Enter your email |

   

TrustScore **4.7**
13,240 reviews

| Products | Company | Resources |
|---|---|---|
| Buy | About | Blog |
| Exchange | Security | Media Center |
| Borrow | Licenses | Help Center |
| Nexo Card | Nexo Prime | Contacts |
| Nexo Pro | Nexo Private | Sitemap |
| Referral | Nexo Ventures | Vulnerability Disclosure |
|  | Corporates |  |
|  | Affiliates |  |
|  | Careers |  |

All set. Share only with your best friends!



Terms & Conditions

Services Terms

Borrow Terms

Earn Terms

Exchange Terms

DeFi Terms

Staking Terms

Nexo Card Terms

Affiliate Terms

Cookies Policy





 ISO 27001, 27017, 27018 &
SOC 2 Type 2 Certifications

 Licensed & Regulated
Digital Assets Institution

 Trusted by 7M+ people
since 2018

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions.

Copyright 2024 Nexo. All rights reserved.