# Exhibit 10

**HELP CENTER**

🔍 How can we help?

Home (/) > Security (/category/security) > Security and Insurance (/article/security-and-insurance)

## Categories

About Nexo

Bank Transfers

Borrow

Buy with Card

Crypto Top-Ups

Earn

Exchange

Getting Started

Loyalty Program

NEXO Token

Nexo Booster

Nexo Card

Nexo Pro

Nexo Wallet

Refer a Friend

Regulation

Repayments

Security

Verification

Withdrawals

# Security and Insurance



Nexo partners with the foremost providers of security in the blockchain space, including Ledger Vault, Fireblocks, and other custodians whose facilities are insured via Lloyd's of London and Marsh and Arch. They carry insurance protections for digital assets held on the Nexo platform via the most prestigious syndicates of underwriters.

## Our partners

### Ledger Vault

Ledger Vault (https://enterprise.ledger.com/) insures digital assets for up to $150 million through a customized insurance program backed by Arch and Marsh. Leveraging Ledger's industry-leading and independently-certified security

technology, the Ledger Vault SaaS solution provides a cloud-based digital assets custody infrastructure for financial institutions and professional investors to securely control their crypto assets with a multi-authorization self-custody management solution. You can read this article (https://nexo.com/blog/nexo-security-infrastructure-grows-with-ledger-vault-partnership) for more details.

### Fireblocks

With our client base growing fast, and our services and counterparties expanding, we needed a solution that allows us to quickly and easily view all of the assets we manage across the board. This is where Fireblocks comes in, providing us with an overview of all the funds we hold with custodians, on exchanges, and with institutional counterparties, as well as the USD in one of our major bank accounts.

## Asset security

The security of the assets held in your Nexo Account is guaranteed by our comprehensive insurance (https://nexo.com/security), robust infrastructure (https://nexo.com/security), and numerous licenses (https://nexo.com/licenses-and-registrations) and registrations worldwide.

## Platform and data security

- **2FA Authentication:** SMS verifications, email verifications, authenticator app support
- **Biometric Identification:** Using fingerprint or face recognition
- **Whitelisting:** Manage your crypto addresses or improve the security of your account even further by enabling Address Whitelisting. Instructions can be found here (https://support.nexo.com/s/article/how-to-enable-disable-whitelisting)
- **Withdrawal Confirmations & Log-in Alerts**
- **Data Protection and Confidentiality:** Your personal information is contained behind secured networks and is only accessible to a limited number of persons who o

are required to keep the information confidential. All sensitive/credit information you supply is encrypted via Secure Socket Layer (SSL) technology.

- **Service and Organisation Controls (SOC) 2 Type 2 Compliance audit:** Our extensive SOC 2 validation (https://nexo.com/blog/nexo-strengthens-data-security-with-successful-soc-2-type-2-assessment) conducted by A-LIGN (https://www.a-lign.com/), a renowned cybersecurity and compliance firm, guarantees that Nexo's security infrastructure is of the highest standard, thus ensuring the safety of the enterprise and minimizing risks for all clients and investors. Being SOC 2 compliant, Nexo utilizes the most rigorous security policies, impeccable risk assessment, data protection, and state-of-the-art cybersecurity.

Please note that it is the account holders' responsibility to safeguard their accounts by means including but not limited to using a strong password, enabling two-factor authentication and controlling all login credentials to Nexo. Clients remain owners of the crypto assets placed into Nexo accounts. You can check out our tips on how to keep your Nexo account safe (https://support.nexo.com/s/article/how-to-keep-your-nexo-account-safe) and protect yourself from internet phishing.

To learn more, please visit https://nexo.com/security (https://nexo.com/security). You can also find more information about Nexo's custody and insurance in depth and at length in this article (https://nexo.com/blog/nexo-s-custody-and-insurance-in-depth-and-at-length).



(https://nexo.com/)



(https://www.trustpilot.com/review/nexo.com?stars=4&stars=5)

## Follow us

ISO 27001, 27017, 27018 &
SOC 2 Type 2 Certification



Licensed & Regulated
Digital Assets Institution (https://nexo.com/licenses-and-registrations)



Trusted by 7M+ people
since 2018

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions.

Copyright 2024 Nexo. All rights reserved.

English (US) 🌐 ▾