# Exhibit 11

## HELP CENTER



🔍   How can we help?

Home (/) > Withdrawals (/category/withdrawals)
> How do I withdraw the crypto assets I have stored at Nexo? (/article/how-do-i-withdraw-crypto-assets-i-
  have-stored-at-nexo)

# Related Articles

How can I order the Nexo Card?

How to Transfer assets between the Savings Wallet and the Credit Line Wallet?

How to deposit crypto assets?

How to withdraw a loan to your bank account?

Withdraw to Card

# Categories

About Nexo

Bank Transfers

Borrow

Buy with Card

Crypto Top-Ups

Earn

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 2 of 14 PageID #: 135

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 3 of 14 PageID #: 136

Exchange

Getting Started

Loyalty Program

NEXO Token

Nexo Booster

Nexo Card

Nexo Pro

Nexo Wallet

Refer a Friend

Regulation

Repayments

Security

Verification

Withdrawals

# How do I withdraw the crypto assets I have stored at Nexo?

In this article:

1. Which crypto assets can I withdraw?
2. How do I make a withdrawal?
3. What are the fees for crypto withdrawals?
4. Is there a minimum amount of crypto I can withdraw?

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 4 of 14 PageID #: 137

## Which crypto assets can I withdraw?

You can withdraw any asset from your Nexo account anytime **unless**:

- It is a limited asset (https://support.nexo.com/s/article/limited-crypto-assets-explained)
- It is locked in a Fixed Term (https://support.nexo.com/s/article/how-to-create-a-fixed-term)
- It is below the minimum threshold for withdrawal
- It serves as collateral for an outstanding loan

# How do I make a withdrawal?

1 Click **'Transfer' → 'Withdraw'** next to the asset you wish to withdraw



2 Select the **network** you would like to use from the dropdown menu (for assets that support multiple transfer networks (https://support.nexo.com/s/article/blockchain-networks-supported-by-nexo))



**Important**:

- Make sure that the withdrawal address is correct and that the destination platform/wallet supports both the asset and the selected network.
- Platinum (https://support.nexo.com/s/article/nexo-loyalty-program-explained) users have one free withdrawal per month.
- Transfers between Nexo accounts are instant, unlimited, and free of charge.
- Transfers over the following networks are free: Polygon (Matic), Solana, BNB Beacon Chain (BEP-2), Avalanche, Arbitrum, Cardano, Litecoin, Bitcoin Cash, Ripple, Stellar, EOS, Polkadot, and Dogecoin.
- Transfers to Nexo Pro are off-chain and free of charge. Learn more in this (https://support.nexo.com/s/article/how-do-i-top-up-assets-to-my-nexo-pro-account) article.

3️⃣ Enter the **destination address** (the wallet to which you are sending your assets) in the 'Withdrawal Address' field. For Ethereum and Polygon network addresses, you can enter your ENS or Unstoppable domain name.

If you are withdrawing XRP, XLM, EOS, or ALGO you might also be required to enter a Destination Tag or a MEMO (https://support.nexo.com/s/article/what-is-a-memo-destination-tag-for-crypto-deposits?).



Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 6 of 14 PageID #: 139

**Optional:** You may also add a note to your withdrawal for enhanced record keeping. While the note appears in your 'Transactions' tab, it is not recorded in the blockchain transfer.



4 Select how the **network fee** (if any) is paid.

If your withdrawal type does not require a fee or if you still haven't used your free withdrawal (available to Platinum users), the fee will be covered by Nexo:



If the network requires a fee and you have no free withdrawal left, you can choose how the fee will be paid:

- **A) 'Fee Excluded' toggle <u>OFF</u>:** In this case, the network fee will be deducted from the withdrawal amount:

  **Example** (from the image below):

  *Withdrawal Amount (0.1 ETH) **minus** Network Fee (0.00003021 ETH) = Transfer Amount (0.09996979 ETH)*

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 7 of 14 PageID #: 140

- **B) 'Fee Excluded' toggle ON:** The network fee will be deducted from the remaining Savings Wallet balance of the asset you are transferring. Note that if the fee exceeds the remaining balance, the toggle will be hidden, and the fee will be deducted from the withdrawal amount.



5 Once you have filled out the required information, click **'Withdraw'**

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 8 of 14 PageID #: 141



6️⃣ Enter your **2FA (Two-Factor Authentication (https://support.nexo.com/s/article/how-to-enable-disable-your-2fa-two-factor-authentication))** code



7️⃣ **Confirm your withdrawal** through the confirmation email sent to the email address associated with your Nexo account. Once the withdrawal is confirmed, you will be able to monitor its status using the transaction hash (TxID) listed in the transfer details (in the Transactions (https://platform.nexo.com/transactions) tab in your Nexo account)



Case 4:24-cv-00466-ALM     Document 1-12    Filed 05/22/24    Page 9 of 14 PageID #: 142

**Important**: Withdrawal confirmation emails are valid for 30 minutes. Your withdrawal will be rejected automatically if you do not confirm the request within this timeframe.

## What are the fees for crypto withdrawals?

All cryptocurrency transfers between Nexo accounts (https://support.nexo.com/article/send-crypto-to-your-friends-on-nexo-instantly-and-free-of-charge) are processed off-chain, which makes them instant, unlimited, and **free of charge**. As a result, they don't affect your free monthly crypto withdrawals.

As for withdrawals to external wallets, all Platinum users are entitled to one free crypto withdrawal per month on the **Bitcoin, Ethereum, Celestia, or BNB Smart Chain (BEP-20) network, or for USDT withdrawals over the Tron network**. This information is also available in the 'Loyalty Levels' section of your account.



After using your free crypto withdrawal, all subsequent withdrawals over these networks will incur a fee. Keep in mind that the fee varies depending on the state of the blockchain network and can be influenced by several factors, such as market volatility, price fluctuations, network congestion, etc. You will be able to see the estimated amount required to process your withdrawal before you submit it.

The free crypto withdrawal counter resets on the first day of each calendar month at **00:00 Zurich time** (CET or CEST, depending on the time of the year). Once the counter resets, you can make another free withdrawal over the networks listed above.

Withdrawals over the following networks are **free of charge for all Loyalty tiers** and won't count toward your free crypto withdrawal limit:

How to withdraw the crypto assets I have stored at Nexo - Nexo

- Polygon, Solana, BNB Beacon Chain (BEP-2), Avalanche, Arbitrum, Cardano, Litecoin, Bitcoin Cash, Ripple, Stellar, EOS, NEAR Protocol, Optimism Mainnet, Polkadot, Cosmos network, Fantom, Hedera, Algorand and Dogecoin.

💡 *Tip: When you enter a crypto wallet address, a message will confirm if the address belongs to a Nexo account. If you don't see this message, you are transferring to an external wallet.*



Always confirm that the recipient's wallet supports transfers of the selected asset via your chosen network. Otherwise, your crypto may be permanently lost.

## Is there a minimum amount of crypto I can withdraw?

You can find the minimum withdrawal amounts* and other minimum thresholds in the table below:

How do I withdraw the crypto assets I have stored at Nexo? - Nexo

## 1inch Network 1INCH

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|
| 30% | 10 USD | 10 |

| Min. Earning Amount | Min. Fixed Term Amount | |
|---|---|---|
| N/A | N/A | |

## Aave AAVE

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|
| 30% | 10 USD | 0.1 |

| Min. Earning Amount | Min. Fixed Term Amount | |
|---|---|---|
| 0.06 | 0.12 | |

## Algorand ALGO

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|
| 30% | 10 USD | 80 |

| Min. Earning Amount | Min. Fixed Term Amount | |
|---|---|---|
| N/A | N/A | |

## AltLayer ALT

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
|---|---|---|

*N/A — The respective feature (Earn / Fixed Term / Withdrawal / Repayment) is not available for this asset*

*\* When the network fee is covered by Nexo, the minimum withdrawal amount displayed on the withdrawal screen on the Nexo platform will match the one listed in the table above. However, if you need to cover the fee and have already used your free monthly withdrawal (available to Platinum users), the minimum withdrawal amount displayed on the platform will be higher than the one listed in the table above, as it will include both the **minimum withdrawal amount** and the **network fee**. If your balance is below the displayed minimum withdrawal limit, you can make an additional top-up to go over the minimum limit or convert the remaining amount on the Nexo Exchange.*

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 13 of 14 PageID #:
146

**Important:**

- Once recorded on the blockchain, crypto transactions cannot be canceled by Nexo or anybody else, regardless of their status. For that reason, please ensure that you enter the correct details when making a crypto transfer.
- Due to the security processes that ensure Nexo's adherence to the applicable regulatory standards, your transfer may be delayed for up to 24 hours.



(https://www.trustpilot.com/review/nexo.com?stars=4&stars=5)



(https://nexo.com/)

## Follow us

https://twitter.com/Nexo/) (https://www.facebook.com/nexofinance/)



ISO 27001, 27017, 27018 &
SOC 2 Type 2 Certification



Licensed & Regulated
Digital Assets Institution (https://nexo.com/licenses-and-registrations)



Trusted by 7M+ people
since 2018

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions.

Copyright 2024 Nexo. All rights reserved.

English (US) 🌐 ▾

Case 4:24-cv-00466-ALM    Document 1-12    Filed 05/22/24    Page 14 of 14 PageID #: 147