# Exhibit 13

Darrell's Research / **Report** DOCX

✕     File    Edit    View    Help



▮   Page 1 of 1     ⚷ Self-sign     ✒ Send for signature     ⎘ Open in ⌄

On Feb 12, 2023, at 2:29 AM, Nexo Customer Support <support@nexo.io> wrote:

**◼ nexo**                    **Customer Suppor**

Dear Peter,

Thank you for providing the requested information. Everything is in order.

We have disabled the 2FA verification. Please set it up once again as soon as you log in, as this ensures much higher security of you Nexo account.

Please delete this conversation from your inbox as it contains sensitive details concerning your account.

Please do not hesitate to contact us in case you have any further questions.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of ou mission to decentralize global finance!