# Exhibit 14

| | |
|---|---|
| **Subject:** | **Fwd: Peter ◇ Nexo ◇ Your Fixed Term Cancellation Request** |
| Date: | 3/10/2023 7:27:05 AM Central Standard Time |
| From: | pgfagan@yahoo.com |
| To: | susiefagan@aol.com |

Begin forwarded message:

**From:** PETER FAGAN <pgfmtnhi@aol.com>
**Subject: Re: Peter <> Nexo <> Your Fixed Term Cancellation Request**
**Date:** March 10, 2023 at 6:17:55 AM MST
**To:** Presiyan Rashkov <presiyan.rashkov@nexo.io>

I just found this e-mail in my spam folder. Sorry I'm late responding.
I got an e-mail saying that since I am a US citizen I needed to move my account due to some regulations with the FEC.
That is why I am unstacking my crypto tokens.
I am happy with Nexo and had not planned on doing this. If I misread the e-mail message and can remain at Nexo I would be glad
to do so.
Peter Fagan

On Mar 2, 2023, at 1:08 AM, Presiyan Rashkov <presiyan.rashkov@nexo.io> wrote:

Hey Peter,
I am reaching out with regard to your Fixed Term cancellation request.

Just want to double confirm that you would like your terms to be cancelled, before proceeding to escalating the case for manual review.

Looking forward to hearing from you.
--
Best regards,

*00814064*

Relationship Manager

**Unlock the Power
of Your Crypto**

🐦 in ✈ 🌐    nexo.io

*discontinuation of earn Interest Product in US*

**Ads** · custom cabinets for living room









| $4,075.00 | $4,119.00 | $1,249.20 | $364.99 | $190.40 | $3,788.10 | $3,396.56 | $178.39 | $3,771.00 |
|---|---|---|---|---|---|---|---|---|
| Coleman F… | HomeSquare | LuxeDecor | Quill | La Fuente I… | Build | Hayneedle | Overstock | Kathy Kuo |