Docusign Envelope ID: 87B72B20-BB6B-4EFC-B23B-9B4B5981FFFF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PETER FAGAN,<br><br>     Plaintiff,<br><br>v.<br><br>NEXO CAPITAL, INC. and ANTONI TRENCHEV,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No.: 4:24-cv-00466-ALM<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF ANTONI TRENCHEV

1

**AFFIDAVIT**

1. My name is Antoni Trenchev. I am more than twenty-one years old, and I have personal knowledge of the facts stated herein.

2. I am a director of Nexo Capital Inc. ("Nexo"). I occupied this position from 2021 through 2023, when the events referenced in Plaintiff Peter Fagan's lawsuit occurred. Given my role, I am familiar with Nexo's services and products.

3. Nexo Capital Inc. is a Cayman Islands company with its principal place of business in the Cayman Islands.

4. I am a citizen of Bulgaria.

5. I am currently a resident of the United Arab Emirates ("UAE"), and the UAE is my domicile.

6. I am not a citizen of the United States.

7. I am not a resident of Texas or the United States.

8. I do not own real estate in Texas or the United States.

9. I do not have extensive, continuous, or systematic contacts with Texas or the United States.

10. I do not consider myself essentially at home in Texas or the United States.

11. I do not regularly transact business in Texas or the United States.

12. I have never spoken with Dr. Fagan, never met with him in Texas or elsewhere in the United States, and never communicated with him via telephone, mail, or e-mail.

13. I did not direct Nexo to transact business with Dr. Fagan.

14. I did not direct any Nexo employee or representative to take any actions or make any statements with respect to Dr. Fagan.

15. I did not negotiate the terms of any contract with Dr. Fagan.

16. I did not execute any contract with Dr. Fagan in my personal capacity or as a corporate representative on behalf of Nexo.

17. I had no involvement in or knowledge or Dr. Fagan's account on the Nexo platform until

2

he filed this lawsuit.

18. I had no involvement in the alleged theft of Mr. Fagan's cryptocurrency described in his lawsuit.

19. I had no involvement in the cryptocurrency asset transfers described in Paragraph 69 of Dr. Fagan's First Amended Complaint.

20. I did not make any representation to Dr. Fagan, and did not direct any person to make a representation to Dr. Fagan, regarding any subject matter whatsoever.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  August 26, 2024

DocuSigned by:

*Antoni Trenchev*

By _____
B27A6532EB714D6...

Antoni Trenchev

3