Docusign Envelope ID: 44D144B7-37D6-49EE-B745-AB2EDA0B8404

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| PETER FAGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 4:24-cv-00466-ALM |
| | § | |
| NEXO CAPITAL, INC. and ANTONI | § | |
| TRENCHEV, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

## <u>AFFIDAVIT OF AUGUSTUS GREAVES</u>

1

## AFFIDAVIT

1. My name is Augustus Greaves. I am more than twenty-one years old and have personal knowledge of the facts stated herein.

2. I am a director of Nexo Capital Inc. ("Nexo"). Given my role, I am familiar with Nexo's services and products. I also have access to Nexo's records regarding customer accounts and the terms and conditions governing those accounts.

3. Nexo offers various cryptocurrency services to its customers who use its online platform and app. One of those services is the Earn Interest Product ("EIP"), which pays interest (in the form of additional cryptocurrency) on certain cryptocurrencies that are deposited on the Nexo platform, subject to the terms and conditions governing the EIP.

4. Plaintiff Peter Fagan opened his Nexo account on February 19, 2021.

5. As a condition of using Nexo's platform, Dr. Fagan agreed to be bound by certain terms and conditions, which are posted on Nexo's website. Those terms and conditions include the Nexo Earn Interest Product General Terms and Conditions ("Earn Terms"), and the Nexo Services General Terms and Conditions ("Services Terms").[1]

6. The Earn Terms effective on February 19, 2021, the date Dr. Fagan opened his Nexo account, is attached as **Exhibit 1.**

7. The Services Terms effective on February 19, 2021, the date Dr. Fagan opened his Nexo account, is attached as **Exhibit 2.**

---

[1] The Nexo Services General Terms and Conditions was referred to as the Nexo Wallet Services General Terms and Conditions for those versions issued before December 14, 2022.

8. The deposits to Dr. Fagan's account on the Nexo platform are listed below:

| Type | Input Currency | Input Amount | Output Currency | Output Amount | USD Equivalent | Details | Date / Time |
|---|---|---|---|---|---|---|---|
| Deposit | ETHW | 1139.328094 | ETHW | 1139.328094 | $6,790.72 | approved | 9/20/2022 19:23 |
| Deposit | BTC | 0.02014408 | BTC | 0.02014408 | $949.27 | approved | 12/14/2021 15:44 |
| Deposit | ETH | 979.98 | ETH | 979.98 | $2,108,922.29 | approved | 4/12/2021 22:38 |
| Deposit | ETH | 0.5 | ETH | 0.5 | $1,032.82 | approved | 4/8/2021 20:14 |
| Deposit | ETH | 39.9 | ETH | 39.9 | $73,448.72 | approved | 3/30/2021 16:38 |
| Deposit | ETH | 41.90685079 | ETH | 41.90685079 | $75,801.94 | approved | 3/12/2021 7:59 |
| Deposit | ETH | 0.99594899 | ETH | 0.99594899 | $1,801.16 | approved | 3/12/2021 7:58 |
| Deposit | NEXO | 696.1473569 | NEXO | 696.1473569 | $1,478.43 | approved | 3/5/2021 2:16 |
| Deposit | NEXO | 0 | NEXO | 0 | $0 | approved | 3/4/2021 22:19 |
| Deposit | ETH | 8 | ETH | 8 | $12,206.71 | approved | 3/1/2021 19:08 |
| Deposit | EOS | 857.4151 | EOS | 857.4151 | $3,026.32 | approved | 3/1/2021 3:13 |
| Deposit | LINK | 5459.68 | LINK | 5459.68 | $140,548.41 | approved | 2/27/2021 3:06 |
| Deposit | BTC | 0.52289873 | BTC | 0.52289873 | $24,973.48 | approved | 2/27/2021 2:54 |
| Deposit | XLM | 9999.950002 | XLM | 9999.950002 | $4,119.23 | approved | 2/27/2021 2:40 |
| Deposit | BNB | 916.9698103 | BNB | 916.9698103 | $220,856.21 | approved | 2/26/2021 0:08 |
| Deposit | BCH | 16.85025688 | BCH | 16.85025688 | $8,644.08 | approved | 2/25/2021 23:27 |
| Deposit | XRP | 2176.439912 | XRP | 2176.439912 | $1,031.33 | approved | 2/25/2021 16:23 |
| Deposit | XRP | 2999.65 | XRP | 2999.65 | $1,421.50 | approved | 2/25/2021 16:23 |
| Deposit | LTC | 73.74157001 | LTC | 73.74157001 | $13,549.28 | approved | 2/25/2021 1:54 |
| Deposit | LTC | 9.99899889 | LTC | 9.99899889 | $1,809.28 | approved | 2/25/2021 0:54 |
| Deposit | XLM | 5049.194664 | XLM | 5049.194664 | $2,054.49 | approved | 2/25/2021 0:43 |
| Deposit | NEXO | 4319.457369 | NEXO | 4319.457369 | $8,988.04 | approved | 2/24/2021 23:31 |
| Deposit | NEXO | 0 | NEXO | 0 | $0 | approved | 2/24/2021 22:40 |

9. The withdrawals from Dr. Fagan's account on the Nexo platform are listed below:

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| Withdrawal | ETH | -0.030558 | ETH | 0.02962245 | $57.70 | approved | 6/3/2023 22:03 |
| Withdrawal | ETH | -1.08466 | ETH | 1.08466 | $2,050.39 | approved | 6/3/2023 21:34 |
| Withdrawal | EOS | -914.1332 | EOS | 914.1332 | $1,114.20 | approved | 3/5/2023 17:56 |
| Withdrawal | BNB | -0.672821 | BNB | 0.672821 | $195.81 | approved | 3/5/2023 17:37 |
| Withdrawal | XLM | -16585.2335 | XLM | 16585.20596 | $1,382.23 | approved | 3/5/2023 17:18 |
| Withdrawal | NEXO | -5476.696 | NEXO | 5476.696 | $3,563.18 | approved | 3/5/2023 17:17 |
| Withdrawal | BTC | -0.00325325 | BTC | 0.00325325 | $72.98 | approved | 3/5/2023 17:14 |
| Withdrawal | ETH | -71.99182 | ETH | 71.99182 | $112,990.01 | approved | 3/5/2023 17:00 |
| Withdrawal | ETH | -318 | ETH | 317.9988589 | $497,305.51 | approved | 3/4/2023 16:52 |
| Withdrawal | ETH | -315 | ETH | 314.9987018 | $493,357.31 | approved | 3/3/2023 16:50 |
| Withdrawal | ETH | -304 | ETH | 303.9977454 | $494,354.16 | approved | 3/2/2023 16:47 |
| Withdrawal | XRP | -5702 | XRP | 5701.999989 | $2,154.53 | approved | 3/1/2023 0:12 |
| Withdrawal | BCH | -18 | BCH | 18 | $2,372.43 | approved | 3/1/2023 0:06 |
| Withdrawal | LTC | -89 | LTC | 88.99998508 | $8,358.81 | approved | 2/28/2023 23:45 |
| Withdrawal | BNB | -579 | BNB | 579 | $174,787.55 | approved | 2/28/2023 23:28 |
| Withdrawal | LINK | -5917.9175 | LINK | 5917.152171 | $42,756.86 | approved | 2/28/2023 23:13 |
| Withdrawal | BNB | -4 | BNB | 4 | $1,203.26 | approved | 2/28/2023 23:07 |
| Withdrawal | BTC | -0.59 | BTC | 0.58994579 | $13,661.27 | approved | 2/28/2023 23:00 |
| Withdrawal | ETH | -143 | ETH | 143 | $229,120.89 | approved | 2/28/2023 22:47 |
| Withdrawal | USDC | -236382.28 | USDC | 236382.28 | $236,405.92 | approved | 1/5/2022 15:55 |
| Withdrawal | ETH | -3 | ETH | 3 | $6,380.03 | approved | 4/3/2021 16:05 |
| Withdrawal | BNB | -1 | BNB | 0.9995875 | $241.42 | approved | 3/3/2021 2:24 |

Docusign Envelope ID: 44D144B7-37D6-49EE-B745-AB2EDA0B8404

10. Pursuant to the Earn Terms, before the EIP was phased out in the United States, Nexo customers could opt for an EIP with a flex term ("Flex Term") or a fixed term ("Fixed Term"). As a general matter, the Fixed Term offered a higher interest rate than the Flex Term product. As stated in Section IV(5) of the Earn Terms, the EIP for a Fixed Term could be automatically renewed, if the customer opted-in to automatic renewal in his or her Nexo Account, and each new Fixed Term will be governed by the Earn Terms effective on the date of renewal.

11. Fixed Terms were created in Dr. Fagan's account between March 9, 2021 and February 13, 2023. Those Fixed Terms auto-renewed.

12. The Fixed Terms in Dr. Fagan's account (including auto-renewals) are listed below.

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,532,849.14 | approved | 2/13/2023 8:12 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $169,994.81 | approved | 1/26/2023 8:16 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $12,079.17 | approved | 1/22/2023 8:18 |
| LockingTermDeposit | BCH | -17.939514 | BCH | 17.93951399 | $2,325.25 | approved | 1/22/2023 8:16 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $106,674.17 | approved | 1/21/2023 8:18 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,258.36 | approved | 1/19/2023 8:17 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $35,306.13 | approved | 1/19/2023 8:17 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $834.61 | approved | 1/19/2023 8:17 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $7,012.38 | approved | 1/19/2023 8:17 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,996.04 | approved | 1/19/2023 8:17 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,420,597.51 | approved | 1/13/2023 8:17 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $134,787.35 | approved | 12/26/2022 8:22 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $8,855.84 | approved | 12/22/2022 8:19 |
| LockingTermDeposit | BCH | -17.939514 | BCH | 17.93951399 | $1,806.89 | approved | 12/22/2022 8:17 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $78,379.38 | approved | 12/21/2022 8:19 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $760.84 | approved | 12/19/2022 8:19 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,145.26 | approved | 12/19/2022 8:19 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $32,468.10 | approved | 12/19/2022 8:19 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $5,296.56 | approved | 12/19/2022 8:19 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,782.77 | approved | 12/19/2022 8:19 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,274,381.57 | approved | 12/13/2022 8:14 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $172,827.13 | approved | 11/26/2022 8:18 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $8,267.94 | approved | 11/22/2022 8:14 |
| LockingTermDeposit | BCH | -17.939514 | BCH | 17.93951399 | $1,876.03 | approved | 11/22/2022 8:12 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $73,053.31 | approved | 11/21/2022 8:13 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $765.99 | approved | 11/19/2022 8:14 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $33,291.29 | approved | 11/19/2022 8:14 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,337.47 | approved | 11/19/2022 8:13 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $5,285.25 | approved | 11/19/2022 8:13 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,970.98 | approved | 11/19/2022 8:13 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,261,688.33 | approved | 11/13/2022 8:15 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $158,212.02 | approved | 10/26/2022 8:19 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $10,075.48 | approved | 10/22/2022 8:14 |
| LockingTermDeposit | BCH | -17.939514 | BCH | 17.93951399 | $1,917.87 | approved | 10/22/2022 8:11 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $83,344.72 | approved | 10/21/2022 8:14 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $38,466.71 | approved | 10/19/2022 8:16 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $895.07 | approved | 10/19/2022 8:16 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,692.46 | approved | 10/19/2022 8:15 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $4,326.11 | approved | 10/19/2022 8:15 |

Docusign Envelope ID: 44D144B7-37D6-49EE-B745-AB2EDA0B8404

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $2,390.71 | approved | 10/19/2022 8:15 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,297,583.79 | approved | 10/13/2022 8:17 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $150,624.52 | approved | 9/26/2022 8:17 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $9,879.45 | approved | 9/22/2022 8:13 |
| LockingTermDeposit | BCH | -17.939514 | BCH | 17.93951399 | $1,979.69 | approved | 9/22/2022 4:55 |
| LockingTermDeposit | NEXO | -5474.93084 | NEXO | 5474.930837 | $4,840.91 | approved | 9/22/2022 4:54 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $86,131.11 | approved | 9/21/2022 8:13 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $39,201.84 | approved | 9/19/2022 8:13 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $1,072.24 | approved | 9/19/2022 8:13 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,590.73 | approved | 9/19/2022 8:13 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,825.80 | approved | 9/19/2022 8:13 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $4,275.56 | approved | 9/19/2022 8:13 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,738,115.38 | approved | 9/13/2022 8:14 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $163,849.10 | approved | 8/26/2022 8:17 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $11,253.14 | approved | 8/22/2022 8:12 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $102,229.07 | approved | 8/21/2022 8:12 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $40,826.41 | approved | 8/19/2022 8:13 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $1,201.67 | approved | 8/19/2022 8:13 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,715.48 | approved | 8/19/2022 8:13 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,878.98 | approved | 8/19/2022 8:13 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $4,950.77 | approved | 8/19/2022 8:12 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,022,378.89 | approved | 8/13/2022 8:13 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $134,746.55 | approved | 7/26/2022 8:19 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $12,192.69 | approved | 7/22/2022 8:13 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $96,335.42 | approved | 7/21/2022 8:13 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $37,499.65 | approved | 7/19/2022 8:15 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $889.36 | approved | 7/19/2022 8:15 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,853.25 | approved | 7/19/2022 8:14 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,703.14 | approved | 7/19/2022 8:14 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $4,760.85 | approved | 7/19/2022 8:14 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,066,942.04 | approved | 7/13/2022 8:15 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $132,079.59 | approved | 6/26/2022 8:17 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $10,760.04 | approved | 6/22/2022 8:12 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $74,998.40 | approved | 6/21/2022 8:14 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $32,853.49 | approved | 6/19/2022 8:14 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $1,570.73 | approved | 6/19/2022 8:14 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $752.74 | approved | 6/19/2022 8:14 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,622.65 | approved | 6/19/2022 8:13 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $3,862.79 | approved | 6/19/2022 8:13 |

6

Docusign Envelope ID: 44D144B7-37D6-49EE-B745-AB2EDA0B8404

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $1,339,469.21 | approved | 6/13/2022 8:13 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $175,789.60 | approved | 5/26/2022 8:17 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $15,478.05 | approved | 5/22/2022 8:12 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $127,017.23 | approved | 5/21/2022 8:12 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $37,736.66 | approved | 5/19/2022 8:12 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $1,091.09 | approved | 5/19/2022 8:12 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $2,098.61 | approved | 5/19/2022 8:12 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $1,931.29 | approved | 5/19/2022 8:11 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $5,697.76 | approved | 5/19/2022 8:11 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,134,646.09 | approved | 5/13/2022 8:11 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $223,749.32 | approved | 4/26/2022 8:19 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $21,419.74 | approved | 4/22/2022 8:12 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $198,327.81 | approved | 4/21/2022 8:11 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $76,085.12 | approved | 4/19/2022 8:11 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $2,100.03 | approved | 4/19/2022 8:11 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $3,992.84 | approved | 4/19/2022 8:11 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $3,072.19 | approved | 4/19/2022 8:10 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $9,380.87 | approved | 4/19/2022 8:10 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $3,085,438.62 | approved | 4/13/2022 8:11 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $227,558.27 | approved | 3/26/2022 8:20 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $22,249.30 | approved | 3/22/2022 8:10 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $184,966.05 | approved | 3/21/2022 8:10 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $81,744.13 | approved | 3/19/2022 8:10 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $1,846.23 | approved | 3/19/2022 8:09 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $4,207.98 | approved | 3/19/2022 8:09 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $2,919.93 | approved | 3/19/2022 8:09 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $9,436.83 | approved | 3/19/2022 8:09 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,608,876.98 | approved | 3/13/2022 8:10 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $207,327.10 | approved | 2/26/2022 8:23 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $19,423.31 | approved | 2/22/2022 8:09 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $176,524.24 | approved | 2/21/2022 8:09 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $84,770.89 | approved | 2/19/2022 8:09 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $2,000.73 | approved | 2/19/2022 8:09 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $4,143.51 | approved | 2/19/2022 8:08 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $3,091.39 | approved | 2/19/2022 8:08 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $9,786.32 | approved | 2/19/2022 8:08 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,946,114.47 | approved | 2/13/2022 8:09 |
| LockingTermDeposit | BNB | -553.59848 | BNB | 553.5984801 | $209,603.54 | approved | 1/26/2022 22:05 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $18,796.71 | approved | 1/22/2022 8:15 |

Docusign Envelope ID: 44D144B7-37D6-49EE-B745-AB2EDA0B8404

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $184,709.91 | approved | 1/21/2022 8:15 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $117,990.38 | approved | 1/19/2022 8:33 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $2,347.40 | approved | 1/19/2022 8:26 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $3,790.95 | approved | 1/19/2022 8:24 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $11,212.60 | approved | 1/19/2022 8:22 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $3,726.69 | approved | 1/19/2022 8:22 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $3,371,850.38 | approved | 1/13/2022 8:30 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $25,908.77 | approved | 12/22/2021 8:19 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $258,709.10 | approved | 12/21/2021 8:18 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $2,812.66 | approved | 12/19/2021 8:21 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $109,038.37 | approved | 12/19/2021 8:20 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $4,326.58 | approved | 12/19/2021 8:19 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $12,886.98 | approved | 12/19/2021 8:17 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $3,924.56 | approved | 12/19/2021 8:16 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $4,027,264.04 | approved | 12/13/2021 8:26 |
| LockingTermDeposit | BNB | -550.243917 | BNB | 550.2439166 | $324,211.76 | approved | 12/8/2021 18:57 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $30,630.03 | approved | 11/22/2021 1:24 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $283,555.18 | approved | 11/21/2021 1:29 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $3,645.94 | approved | 11/19/2021 9:23 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $150,573.75 | approved | 11/19/2021 9:22 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $17,707.23 | approved | 11/19/2021 9:21 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $5,472.27 | approved | 11/19/2021 9:21 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $5,099.39 | approved | 11/19/2021 9:21 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $4,682,249.92 | approved | 11/13/2021 4:27 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $33,058.19 | approved | 10/22/2021 4:19 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $271,075.19 | approved | 10/21/2021 4:25 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $142,450.05 | approved | 10/19/2021 4:18 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $3,834.57 | approved | 10/19/2021 4:17 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $5,711.77 | approved | 10/19/2021 4:17 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $5,668.01 | approved | 10/19/2021 4:17 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $15,863.19 | approved | 10/19/2021 4:16 |
| LockingTermDeposit | BNB | -936.422507 | BNB | 936.4225071 | $445,020.99 | approved | 10/16/2021 4:37 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $3,528,940.00 | approved | 10/13/2021 4:25 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $22,176.52 | approved | 9/22/2021 4:17 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $194,833.03 | approved | 9/21/2021 4:22 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $153,980.26 | approved | 9/19/2021 4:16 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $4,612.61 | approved | 9/19/2021 4:14 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $5,573.01 | approved | 9/19/2021 4:14 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $4,860.70 | approved | 9/19/2021 4:14 |

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $15,134.99 | approved | 9/19/2021 4:14 |
| LockingTermDeposit | BNB | -936.422507 | BNB | 936.4225071 | $400,549.76 | approved | 9/16/2021 4:41 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $3,351,869.04 | approved | 9/13/2021 4:21 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $25,763.72 | approved | 8/22/2021 4:14 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $211,259.86 | approved | 8/21/2021 4:16 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $5,941.30 | approved | 8/19/2021 4:12 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $138,791.39 | approved | 8/19/2021 4:12 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $4,284.32 | approved | 8/19/2021 4:12 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $5,167.56 | approved | 8/19/2021 4:11 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $14,073.14 | approved | 8/19/2021 4:11 |
| LockingTermDeposit | BNB | -936.422507 | BNB | 936.4225071 | $389,236.35 | approved | 8/16/2021 4:31 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $3,115,070.79 | approved | 8/13/2021 4:18 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $16,838.28 | approved | 7/22/2021 4:11 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $115,399.92 | approved | 7/21/2021 4:14 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $3,098.26 | approved | 7/19/2021 4:08 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $3,016.47 | approved | 7/19/2021 4:08 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $83,626.33 | approved | 7/19/2021 4:07 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $3,420.88 | approved | 7/19/2021 4:07 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $9,943.19 | approved | 7/19/2021 4:07 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,045,641.15 | approved | 7/13/2021 4:19 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $17,143.90 | approved | 6/22/2021 4:15 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $142,614.01 | approved | 6/21/2021 4:17 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $3,963.58 | approved | 6/19/2021 4:13 |
| LockingTermDeposit | BNB | -918.125291 | BNB | 918.1252914 | $312,375.48 | approved | 6/19/2021 4:13 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $4,178.98 | approved | 6/19/2021 4:13 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $4,517.58 | approved | 6/19/2021 4:13 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $13,268.90 | approved | 6/19/2021 4:13 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $118,092.59 | approved | 6/19/2021 4:12 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,425,770.45 | approved | 6/13/2021 4:16 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $20,011.21 | approved | 5/22/2021 4:13 |
| LockingTermDeposit | ETH | -64.5797773 | ETH | 64.5797773 | $160,741.31 | approved | 5/21/2021 18:33 |
| LockingTermDeposit | BNB | -918.125291 | BNB | 918.1252914 | $440,466.92 | approved | 5/19/2021 4:09 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $23,434.53 | approved | 5/19/2021 4:09 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $7,487.83 | approved | 5/19/2021 4:09 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $9,293.73 | approved | 5/19/2021 4:09 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $7,878.21 | approved | 5/19/2021 4:09 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $220,497.53 | approved | 5/19/2021 4:09 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $4,063,574.55 | approved | 5/13/2021 4:16 |
| LockingTermDeposit | BTC | -0.52648661 | BTC | 0.52648661 | $29,259.08 | approved | 4/21/2021 20:03 |

9

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $24,643.62 | approved | 4/18/2021 4:13 |
| LockingTermDeposit | BNB | -918.125291 | BNB | 918.1252914 | $475,390.83 | approved | 4/18/2021 4:13 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $6,623.17 | approved | 4/18/2021 4:13 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $216,075.70 | approved | 4/18/2021 4:12 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $8,879.46 | approved | 4/18/2021 4:12 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $7,931.86 | approved | 4/18/2021 4:12 |
| LockingTermDeposit | ETH | -1008.44144 | ETH | 1008.441441 | $2,165,051.93 | approved | 4/12/2021 23:36 |
| LockingTermDeposit | ETH | -8.00701655 | ETH | 8.00701655 | $16,798.64 | approved | 4/10/2021 4:35 |
| LockingTermDeposit | ETH | -52 | ETH | 52 | $95,694.73 | approved | 3/30/2021 16:59 |
| LockingTermDeposit | LINK | -5470.98952 | LINK | 5470.989519 | $166,393.95 | approved | 3/17/2021 22:25 |
| LockingTermDeposit | XLM | -15082.4467 | XLM | 15082.44674 | $6,021.65 | approved | 3/17/2021 22:25 |
| LockingTermDeposit | BNB | -918.125291 | BNB | 918.1252914 | $240,586.91 | approved | 3/17/2021 22:24 |
| LockingTermDeposit | EOS | -858.9503 | EOS | 858.9503 | $3,453.30 | approved | 3/17/2021 22:24 |
| LockingTermDeposit | LTC | -83.9375648 | LTC | 83.93756482 | $16,990.29 | approved | 3/17/2021 22:23 |
| LockingTermDeposit | BCH | -16.8875287 | BCH | 16.88752871 | $9,026.45 | approved | 3/17/2021 22:23 |
| LockingTermDeposit | XRP | -5188.26644 | XRP | 5188.266436 | $2,439.56 | approved | 3/17/2021 22:22 |
| LockingTermDeposit | BTC | -0.52398179 | BTC | 0.52398179 | $30,359.02 | approved | 3/17/2021 22:21 |
| LockingTermDeposit | ETH | -8.00701655 | ETH | 8.00701655 | $14,675.55 | approved | 3/9/2021 21:07 |

13. As reflected in the chart in paragraph 12, the first Fixed Term in Dr. Fagan's account was created on March 9, 2021, and the last Fixed Term was created on February 13, 2023.

14. As reflected in the chart in paragraph 9, the last withdrawal from Dr. Fagan's account occurred on June 3, 2023.

15. The Earn Terms effective on March 9, 2021, the date of the first Fixed Term, is attached as **Exhibit 3.**

16. The Services Terms effective on March 9, 2021, the date of the first Fixed Term, is attached as **Exhibit 4.**

17. The Earn Terms effective on February 13, 2023, the date of the last Fixed Term, is attached as **Exhibit 5.**

18. The Services Terms effective on February 13, 2023, the date of the last Fixed Term, is attached as **Exhibit 6.**

19. The Earn Terms effective on June 3, 2023, the date of the last withdrawal, is attached as **Exhibit 7.**

20. The Services Terms effective on June 3, 2023, the date of the last withdrawal, is attached as **Exhibit 8.**

10

Docusign Envelope ID: 44D144B7-37D6-40EE-B745-AB2EBA0B8404

21. As reflected in Exhibits 3 through 8, between March 9, 2021 and June 3, 2023, both the Earn Terms and the Services Terms contained a mandatory forum selection clause pointing to the courts of London, England. The mandatory forum selection clause pointed to the courts of London, England for all versions of the Earn Terms and Services Terms effective between March 9, 2021 and June 3, 2023.

22. Dr. Fagan's account was credited with approximately $259,688 in EIP interest during the life of his account, based on the market value of the cryptocurrency interest on the date it was credited to the account.

23. Nexo selected London as the venue for resolution of all disputes with all of its customers during this particular time period for various reasons—Nexo is an international business providing services in multiple jurisdictions (including the United Kingdom), it provides its services in English and London is an English-speaking jurisdiction, London is strategically positioned between continental Europe (where Nexo has substantial operations) and its customers in North America, and the courts of England and Wales have an international reputation as being a jurisdiction that respects the rule of law—with an established and well regarded body of law and an independent judiciary.

24. During the time from the opening of Fagan's account in February 2021 through his final withdrawal in June 2023, Nexo conducted business and provided services to customers in the United Kingdom.

25. The "Nexo group of companies" referenced in the Earn and Services Terms include two Nexo entities incorporated in the United Kingdom—Nexo Financial Services Ltd. and Nexo Clearing and Custody Ltd.[2]

26. During this particular time period, Nexo had a compelling interest in having all disputes with its international customers decided by a single court in a neutral jurisdiction like the United Kingdom. This mandatory forum selection clause pointing to London courts is a

---

[2] Nexo Clearing was recently dissolved via voluntary strike-off on July 30, 2024 but Nexo Financial remains on active status as of the date of signing this affidavit.

Docusign Envelope ID: 44D144B7-37D6-40EE-B745-AB2EBA0B8404

material risk-allocation component of the Earn Terms and directly impacts the interest rates and other terms that Nexo was willing to offer its customers in the United States.

27. On November 30, 2023, Nexo amended the Earn and Services Terms to change the mandatory forum selection clause from London to the Cayman Islands. Nexo Capital Inc. is a Cayman Islands company with its principal place of business in the Cayman Islands.

28. According to Nexo's records, Dr. Fagan resides in De Leon, Texas, which is located in Comanche County, Texas.

29. To Nexo's knowledge, all of the alleged events and actions related to Dr. Fagan's claims either occurred in Comanche County or outside the United States.

30. To Nexo's knowledge, no events or actions related to Dr. Fagan's claims occurred in Sherman, Texas or the surrounding area.

31. All of Nexo's witnesses with knowledge of this matter reside outside the United States.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  August 26, 2024

By: _____
Augustus Greaves

12