# Exhibit 1

# General Terms and Conditions of Earn Interest Product

## I. INTRODUCTION

These Nexo Earn Interest Product General Terms and Conditions **("General Terms")** govern the relations between you **("Client" or "you")** and any holding company, subsidiary or entity belonging to the Nexo group of companies **("Nexo" or "we")**, while you and Nexo are hereinafter separately referred to as **"Party"** and jointly – as **"Parties"**, in regard to your use of the Nexo product allowing you to earn interest on your digital assets **("Nexo Earn Interest Product")**, and constitute a legally binding agreement **("Agreement")** between the Parties.

## II. DEFINITIONS

1. **Applicable Law** means any law, statute, regulation, ordinance, treaty, guideline, policy and act issued by any governmental or regulatory authority, including but not limited to the governing law under Art. XII.1. and Art. XII.2. of these General Terms.

2. **Digital Assets** means any digital assets (such as cryptocurrencies, stablecoins and tokenized assets), accepted by Nexo.

3. **Intellectual Property** means any intellectual and industrial property rights, belonging to Nexo, for example, trademarks, service marks, logos, copyright and related rights, know-how, research, publications, agreements, trade and company names, etc.

4. **Interest** means the indicated interest rate accrued in accordance with these General Terms and subject to revision at any time.

5. **Nexo Account** means a personal or business account, opened with Nexo, through which you can use the Nexo Earn Interest Product and other Nexo Wallet Services.

6. **Nexo Platform** means any Nexo website, mobile application and any other official Nexo communication channel, including the content and services made available on or through the same, and any updates, upgrades, and versions thereof.

7. **Nexo Wallet Services** means all services provided by Nexo through the Nexo Platform.

## III. CLIENT

1. You can enter into this Agreement and use the Nexo Earn Interest Product only if all of the conditions below are met:

1.1. You are not a citizen or resident of a sanctioned country according to the up-to-date lists of the US Office of Foreign Assets Control (OFAC), the United Nations, the European Union and any EU Member State, the UK Treasury, etc.;

1.2. You are not a citizen or resident of Bulgaria and Estonia, as well as the USA (applicable only to the Nexo Earn Interest Product where Interest is earned in NEXO Tokens), and you do not have any relevant connection with any jurisdiction where we have prohibited or restricted access to the Nexo Earn Interest Product;

1.3. You are at least 18 years old or of legal age to enter into contractual relations with Nexo (whichever is later);

1.4. You have opened a Nexo Account with Nexo;

1.5. You have read, understood and agreed to our Privacy Policy and Cookies Policy.

1.6. You have passed Advanced Verification on the Nexo Platform (applicable only to the Nexo Earn Interest Product where Interest is earned in NEXO Tokens).

2. By entering into this Agreement, you acknowledge and confirm that you meet all the conditions set out above. In the event that we subsequently ascertain that you have not met or does not meet any of these conditions anymore, we may suspend the provision of the Nexo Earn Interest Product and/or other Nexo Wallet Services to you and close your Nexo Account, and do not allow you to use the Nexo Earn Interest Product and/or the other Nexo Wallet Services.

3. At any time, at our sole and absolute discretion, without liability to you, we can: (i) refuse your request to use the Nexo Earn Interest Product; (ii) change the conditions for entering into the Agreement or use of the Nexo Earn Interest Product; (iii) suspend the provision of the Nexo Earn Interest Product or of all or part of the other Nexo Wallet Services; or (iv) change, update, remove, cancel, suspend, disable or discontinue any features, component, content, incentive or referral plan of the Nexo Earn Interest Product.

# IV. SPECIFIC FEATURES OF THE NEXO EARN INTEREST PRODUCT

1. The Nexo Earn Interest Product allows you to earn Interest on certain Digital Assets topped up in your Nexo Account. All such Digital Assets are indicated on the Nexo Platform and in the Nexo Account and are subject to revision from time to time, at our sole and absolute discretion. As a rule, Interest is earned on all Digital Assets falling within the above category unless used for other purposes on the Nexo Platform.

2. You are allowed to have multiple active Nexo Earn Interest Products, running simultaneously. Interest will be compounded separately on each Nexo Earn Interest Product.

# V. INTEREST

1. The Interest shall commence compounding on the Digital Assets at a certain Interest rate, as of the expiry of 24 (twenty-four) hours of their topping up in the Nexo Account **("Start Time")**, and may be earned in the same Digital Assets as the ones on which it is compounded or in NEXO Tokens, as per your choice on the Nexo Platform. You may, at any time, switch from earning in-kind to earning in NEXO Tokens and vice versa.

2. The Interest rate shall be subject to revision from time to time, at our sole and absolute discretion. As a rule, in case you opt for earning in NEXO Tokens rather than earning in-kind, a higher Interest rate shall be compounded on your Digital Assets, consisting of the standard Interest rate applicable to the relevant Digital Assets and a bonus Interest rate, as indicated on the Nexo Platform. We will notify you of the new Interest rates on the Nexo Platform. Unless indicated otherwise in the notification, the new Interest rates shall apply on the next calendar day following the said notification.

3. The Interest shall be calculated on a daily basis, at a certain time on each calendar day, on the basis of the actual number of days elapsed in a 365-day year. When the Interest is compounded in NEXO Tokens, for the purpose of determining the amount of the latter, the USD equivalence of the in-kind Interest on the relevant Digital Assets up to the above time is converted into NEXO Tokens.

4. The Interest shall be credited to your Nexo Account at a certain time on each calendar day, but no earlier than the Start Time.

5. The Interest shall be compounded on the Digital Assets until the date of your request for withdrawal under Art. VI.2. You will only receive the Interest that has been credited to your Nexo Account up to the time of your request.

6. Nexo reserves its right to grant preference Interest rates or terms to certain Clients as part of marketing campaigns, upon its sole and absolute discretion.

## VI. TOPPING UP AND WITHDRAWAL OF DIGITAL ASSETS

1. You may top up Digital Assets in the Nexo Account at any time, while no minimum amount of Digital Assets is required.

2. You may, at any time, request for withdrawal of the Digital Assets, together with the Interest accrued thereon, respectively the fiat equivalence of the Digital Assets and of the Interest accrued thereon, by instructing Nexo to sell the relevant Digital Assets and Interest, as the case may be, and transfer the fiat proceeds of the sale transaction to a bank account designated by you. All fees and charges for the bank transfer under the preceding sentence, if any, shall be at your expense. The sale transactions are irreversible and final once you have provided the relevant instructions to Nexo and you cannot change, withdraw or cancel the authorization to Nexo to complete any pending or partially completed transactions. Nexo shall not be liable for any partially completed transactions or delays in the processing of your instructions. We do not guarantee the availability of any exchange rate, except for the cases of EURx/GBPx which is 1-to-1 pegged to EUR/GBP at all times. However, Nexo always devotes significant time and efforts to find and use the best exchange rate for the purpose of the above so that your interests can be fully protected.

3. The withdrawals within the limits specified on the Nexo Platform, which are subject to revision from time to time at our sole and absolute discretion, shall be processed by Nexo no later than 24 (twenty-four) hours as of receipt of your request. In case of withdrawals exceeding the above limits, in order to guarantee the safety of the Digital Assets in your Nexo Account, the processing may take up to 72 (seventy-two) hours as of your request.

## VII. OBLIGATIONS AND WARRANTIES. INDEMNIFICATION

1. You hereby declare, warrant and confirm that:

1.1. You meet the conditions under Art. III.1.;

1.2. You are the exclusive owner of the Digital Assets topped up in your Nexo Account;

1.3. You validly undertake any action or enter into any transaction with regard to the Agreement;

1.4. The Digital Assets, which you have topped up or will top up in your Nexo Account, or the funds, which you have used or will use for purchase of the Digital Assets to be topped up in your Nexo Account, are not derived from money laundering, terrorist financing, fraud or any other illegal or criminal activity under any Applicable Law in the respective jurisdiction;

1.5. You have submitted to Nexo only complete, correct and up-to-date information and documents;

1.6. You are aware that you are subject to the tax regulation in your jurisdiction and shall be fully responsible for any filing/reporting and paying any tax due to the competent tax authority, as required by the Applicable Law. Nexo shall not be required to compensate you for your tax obligations or advise you in relation to your tax issues. The uncertainty in tax legislation relating to the Digital Assets may expose you to any currently unknown or future tax consequences, associated with your holding of Digital Assets and the use of our service, for which Nexo shall not be held liable. You shall hold Nexo harmless from any expenses and losses, resulting from the above uncertainty;

1.7. You are aware that you use the Nexo Account and the Nexo Earn Interest Product fully at your own risk.

2. You hereby undertake to:

2.1. Use the Nexo Earn Interest Product and the other Nexo Wallet Services in good faith;

2.2. Not violate or breach any terms in these General Terms, the Privacy Policy, the Cookies Policy, or any Applicable Law in any relevant jurisdiction;

2.3. Not commit, conduct or perform any misrepresentation, fraud, malicious act or criminal activities;

2.4. Not provide false, inaccurate, incomplete, out-of-date or misleading information;

2.5. Not interfere, intercept, or expropriate our network, system, data, or information;

2.6. Not transmit or upload any virus or other malicious software or program, or try to gain unauthorized access to other users accounts, website, network or systems relating to the Nexo Earn Interest Product and/or other Nexo Wallet Services;

2.7. Not decompile, reverse engineer or disassemble any of our programs, systems or products, or in any way infringe our Intellectual Property rights;

2.8. Not cause or launch any programs or scripts for the purpose of scraping, indexing, surveying, or otherwise data mining any portion of any of our programs, systems or products; or unduly burdening or hindering the operation and/or functionality of any aspect of the Nexo Earn Interest Product and/or other Nexo Wallet Services;

2.9. Keep the data required for using the Nexo Account unavailable for third parties;

2.10. Inform Nexo about any change in the information and documents submitted to Nexo, in particular in your contact details, within 1 (one) day as of the change.

3. You shall defend, indemnify, and hold harmless Nexo, its affiliates, each of their respective employees, officers, directors, and representatives from and against any claims, damages, losses, liabilities, costs, and expenses (including reasonable attorney's fees), arising out of or relating to any third-party claim concerning these General Terms or your use of the Nexo Earn Interest Product or any of the other Nexo Wallet Services in violation of these General Terms or any Applicable Law.

# VIII. RISK DISCLOSURE

1. The regulatory status of the Digital Assets is currently unsettled, varies among jurisdictions and is subject to significant uncertainty. It is possible that in the future, certain laws, regulations, policies or rules relating to the Digital Assets or blockchain technology, may be implemented, which would directly or indirectly affect or restrict the Nexo Earn Interest Product and/or other Nexo Wallet Services.

2. YOU ARE RESPONSIBLE FOR DETERMINING WHETHER THE USE OF THE NEXO EARN INTEREST PRODUCT OR ANY OF THE OTHER NEXO WALLET SERVICES IS LEGAL IN YOUR JURISDICTION AND YOU SHALL NOT USE THE NEXO EARN INTEREST PRODUCT OR ANY OF THE OTHER NEXO WALLET SERVICES SHOULD SUCH USE BE ILLEGAL IN YOUR JURISDICTION. IF YOU ARE UNCERTAIN, PLEASE SEEK INDEPENDENT LEGAL ADVICE.

3. We may be forced to suspend or discontinue or to change aspects of the Nexo Earn Interest Product or any of the other Nexo Wallet Services in any jurisdiction if demanded by the regulators, without notice and for whatever reason. In such case the Digital Assets in your Nexo Account may be frozen for an indefinite period of time until the matter is resolved.

4. Nexo shall not be liable for any delay, error, interruption or failure to perform any obligation under these General Terms where the delay or failure is directly or indirectly resulting from any cause beyond our control, including but not limited to **(i)** acts of God, nature, court or government; **(ii)** failure or interruption in public or private telecommunication networks, communication channels or information systems; **(iii)** acts or omissions of acts of a party for whom we are not responsible; **(iv)** delay, failure or interruption in, or unavailability of, third-party services; **(v)** strikes, lockouts, labour disputes, wars, terrorist acts and riots.

5. You understand and agree that you use the Nexo Account and the Nexo Earn Interest Product at your own risk. This section is not exhaustive and does not disclose all the risks associated with the Digital Assets and the use of the Nexo Earn Interest Product and any of the other Nexo Wallet Services. You should, therefore, carefully consider whether such use is suitable for you in light of your circumstances and financial resources.

# IX. LIMITATION OF LIABILITY

1. NOTWITHSTANDING ANY PROVISIONS IN THESE GENERAL TERMS, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY TYPE OF INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE, INDIRECT OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO LOST REVENUE, LOST PROFITS, REPLACEMENT GOODS, LOSS OF TECHNOLOGY,

LOSS OF DATA, OR INTERRUPTION OR LOSS OF USE OF SERVICE OR EQUIPMENT, EVEN IF SUCH PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND WHETHER ARISING UNDER THEORY OF CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE.

2. Neither we nor any of our agents or nominees shall be liable for: **(i)** the management or performance of your Digital Assets (including any reduction in the value); and **(ii)** any taxes or duties payable in respect of your Digital Assets.

3. Except as expressly provided in these General Terms, to the extent permitted by any Applicable Law, we disclaim all other representations or warranties, express or implied, made to you, your affiliates or any other person, including without limitation any warranties regarding quality, suitability, merchantability, fitness for a particular purpose or otherwise (regardless of any course of dealing, custom or usage of trade) of any service or any goods provided incidental to the Nexo services under these General Terms.

Our liability in respect of representations and warranties that is not excluded under these General Terms, at our option, is limited to any one of re-supplying, replacing or repairing, or paying the cost of the re-supplying, replacement or repairing, or paying the cost of supplying again the services in respect of which the breach occurred.

IN NO EVENT WILL OUR AGGREGATE LIABILITY FOR ANY LOSS OR DAMAGE ARISING IN CONNECTION WITH THE NEXO EARN INTEREST PRODUCT EXCEED THE FEES YOU PAID TO NEXO FOR YOUR USE OF THE NEXO EARN INTEREST PRODUCT, IF ANY, DURING THE 12-MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO THE CLAIM FOR LIABILITY. THE FOREGOING LIMITATIONS OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY ANY APPLICABLE LAW.

# X. TERMINATION

1. This Agreement shall be terminated immediately by closing your Nexo Account and discontinuing use of the Nexo Earn Interest Product. The Agreement can be terminated upon written notice by Nexo if Nexo discontinues the offering of the Nexo Earn Interest Product, regardless of the reasons.

2. In the event that your suspended or closed Nexo Account has an outstanding balance, you are entitled to recover the relevant Digital Assets, together with the Interest accrued thereon, respectively the fiat equivalent of the latter, unless we are prohibited by any Applicable Law or a court order to release such, including but not limited to the case that we have reasonable grounds to suspect that the Digital Assets or the funds used for purchase of the Digital Assets were obtained through fraud or any unlawful means or connected with any criminal activities.

3. The termination of this Agreement shall not prevent any Party from seeking any remedies against the other Party for any breach of this Agreement occurring prior to such termination.

# XI. NOTICES

1. Any notice required or made under these General Terms from Nexo to the Client shall be considered validly received when addressed to the Client's last used e-mail address, mailing address or phone number. Additionally, we may provide notices through posting on the Nexo Platform.

2. Any notice required or made under these General Terms by the Client to Nexo shall only be made through an e-mail in English, sent to support@nexo.io.

## XII. GOVERNING LAW AND JURISDICTION

1. The Agreement shall be governed exclusively by the substantive law of Nexo jurisdiction.

2. Any dispute arising out of or in connection with the Agreement, including with these General Terms, unless amicably settled between the Parties, shall be referred to the competent court or other dispute resolution authority, determined as per the procedural law of Nexo jurisdiction. You agree that any dispute resolution proceeding subject to the Applicable Law under the preceding sentence shall be conducted only on an individual basis and not as a plaintiff or class member in any purported class, consolidated or representative action or proceeding. No court or other dispute resolution authority can consolidate or join more than one claim and can otherwise preside over any form of a consolidated, representative, or class proceeding. Any relief awarded cannot affect other Clients of Nexo.

## XIII. MISCELLANEOUS

1. The Intellectual Property remains exclusive property of Nexo and cannot be reproduced, displayed, distributed and used in any other manner by the Client, except upon Nexo explicit prior written consent.

2. You understand and agree that we might convert any Digital Assets in regard to which you use the Nexo Earn Interest Product into other Digital Assets for investment purposes. Any such investment will be made in our name only and you will have no benefits and liabilities from it.

3. This Agreement, together with the Nexo Wallet Services General Terms and Conditions, if any, and the Privacy Policy, represents the entire agreement between you and Nexo in relation to the use of the Nexo Earn Interest Product. It supersedes all prior representations, understandings, agreements, or communications between you and Nexo, whether written or verbal, including any statements published in the whitepaper on the Nexo Platform.

4. The descriptive headings in these General Terms are inserted for convenience only and shall not affect the interpretation of this Agreement.

5. The invalidity of the whole or part of any provision of these General Terms shall not affect the validity of the whole or part of any other provision of this Agreement, the remaining provisions of these General Terms shall remain in full force and effect.

6. The failure by Nexo to exercise or enforce any right or provision of these General Terms shall not constitute a present or future waiver of such right or provision.

7. Providing the Nexo Earn Interest Product to you does not make Nexo your trustee or investment adviser and no fiduciary relationship exists between us. We have no trust or other obligations in respect of your Nexo Account other than those expressly specified hereunder.

8. Any of your rights and obligations arising out of the Agreement are not assignable or transferable, without the prior written consent of Nexo. Nexo shall reserve the right to assign, delegate or transfer

this Agreement and the rights and obligations hereunder to any third party at any time without notice or your consent.