**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PETER FAGAN, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>NEXO CAPITAL, INC. and ANTONI §<br>TRENCHEV, §<br>§<br>Defendants. §<br>§<br>§ | Civil Action No.: 4:24-cv-00466-ALM |

PETER FAGAN,

    Plaintiff,

v.

NEXO CAPITAL, INC. and ANTONI
TRENCHEV,

    Defendants.

Civil Action No.: 4:24-cv-00466-ALM

## <u>AFFIDAVIT OF ANTONI TRENCHEV</u>

1

## AFFIDAVIT

1. My name is Antoni Trenchev. I am more than twenty-one years old, and I have personal knowledge of the facts stated herein.

2. I am a director of Nexo Capital Inc. ("Nexo"). I occupied this position from 2021 through 2023, when the events referenced in Plaintiff Peter Fagan's lawsuit occurred. Given my role, I am familiar with Nexo's services and products.

3. Nexo Capital Inc. is a Cayman Islands company with its principal place of business in the Cayman Islands.

4. I am a citizen of Bulgaria.

5. I am currently a resident of the United Arab Emirates ("UAE"), and the UAE is my domicile.

6. I am not a citizen of the United States.

7. I am not a resident of Texas or the United States.

8. I do not own real estate in Texas or the United States.

9. I do not have extensive, continuous, or systematic contacts with Texas or the United States.

10. I do not consider myself essentially at home in Texas or the United States.

11. I do not regularly transact business in Texas or the United States.

12. I have never spoken with Dr. Fagan, never met with him in Texas or elsewhere in the United States, and never communicated with him via telephone, mail, or e-mail.

13. I did not direct Nexo to transact business with Dr. Fagan.

14. I did not direct any Nexo employee or representative to take any actions or make any statements with respect to Dr. Fagan.

15. I did not negotiate the terms of any contract with Dr. Fagan.

16. I did not execute any contract with Dr. Fagan in my personal capacity or as a corporate representative on behalf of Nexo.

17. I had no involvement in or knowledge or Dr. Fagan's account on the Nexo platform until

2

Docusign Envelope ID: 87B72B20-BB6B-4EFC-B23B-9B4B5981FFEF

he filed this lawsuit.

18. I had no involvement in the alleged theft of Mr. Fagan's cryptocurrency described in his lawsuit.

19. I had no involvement in the cryptocurrency asset transfers described in Paragraph 69 of Dr. Fagan's First Amended Complaint.

20. I did not make any representation to Dr. Fagan, and did not direct any person to make a representation to Dr. Fagan, regarding any subject matter whatsoever.


I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  August 26, 2024


DocuSigned by:

*Antoni Trenchev*

By⎣_____B27A6532EB714D6..._____

Antoni Trenchev