**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PETER FAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>NEXO CAPITAL, INC. and ANTONI TRENCHEV,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No.: 4:24-cv-00466-ALM<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT NEXO CAPITAL INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Nexo Capital Inc. ("Nexo" or "Defendant"), by its undersigned counsel, hereby certifies, pursuant to Federal Rules of Civil Procedure 7.1, that Nexo Inc. is the parent corporation of Nexo Capital Inc. No publicly held corporation owns 10% or more of the stock of Nexo Capital Inc.

Dated:  August 26, 2024

Respectfully submitted,

*/s/ Ian S. Shelton*
Ian S. Shelton (SBN 24056305)
BAKER & MCKENZIE LLP
800 Capitol Street, Suite 2100
Houston, TX 77002
Phone: (713) 427-5029
Fax: (713) 427-5099
ian.shelton@bakermckenzie.com

Alexander P. Fuchs (*pro hac vice* forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone: (212) 389-5000
Fax: (212) 389-5099
alexfuchs@eversheds-sutherland.com

*Attorneys for Defendants Nexo Capital Inc. and Antoni Trenchev*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2024, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ian S. Shelton
Ian S. Shelton