**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PETER FAGAN, | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | § |
| | §   Civil Action No.: 4:24-cv-00466-ALM |
| NEXO CAPITAL, INC. and ANTONI | § |
| TRENCHEV, | § |
| | § |
|     Defendants. | § |

**DEFENDANTS' NOTICE OF ERRATA REGARDING EXHIBIT 2 AND EXHIBIT 4 OF
THE AFFIDAVIT OF AUGUSTUS GREAVES**

Defendants Nexo Capital Inc. and Antoni Trenchev respectfully submit this notice of errata regarding Exhibit 2 (Dkt. 5-4, Dkt. 6-4) and Exhibit 4 (Dkt. 5-6, Dkt. 6-6) of the August 26, 2024 Affidavit of Augustus Greaves (Dkt. 5-2, Dkt. 6-2), which Defendants filed in support of their motions to dismiss and/or transfer (Dkt. 5, Dkt. 6). The original Exhibits 2 and 4 contained the text of the Services Terms but had corrupted formatting. The corrected Exhibits 2 and 4 with proper formatting are attached to this notice.

Dated:  August 27, 2024                    Respectfully submitted,

*/s/ Ian S. Shelton*
Ian S. Shelton (SBN 24056305)
BAKER & MCKENZIE LLP
800 Capitol Street, Suite 2100
Houston, TX 77002
Phone: (713) 427-5029
Fax: (713) 427-5099
ian.shelton@bakermckenzie.com

Alexander P. Fuchs (*pro hac vice* forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone: (212) 389-5000
Fax: (212) 389-5099
alexfuchs@eversheds-sutherland.com

*Attorneys for Defendants Nexo Capital Inc. and
Antoni Trenchev*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 27, 2024, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ian S. Shelton*
Ian S. Shelton