**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| PETER FAGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 4:24-cv-00466-ALM |
| NEXO CAPITAL, INC. and ANTONI | § | |
| TRENCHEV, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES**

Pursuant to Eastern District of Texas Local Rule CV-26(c), Defendants Nexo Capital Inc. ("Nexo") and Antoni Trenchev ("Trenchev") hereby notify the Court that on October 21, 2024, Defendants served their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Order Governing Proceedings (ECF No. 15) on all counsel of record in this matter.

Dated:  October 21, 2024

Respectfully submitted,

*/s/ Alexander P. Fuchs*
Alexander P. Fuchs (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, NY 10036
Phone: (212) 389-5000
Fax: (212) 389-5099
alexfuchs@eversheds-sutherland.com

Michael Bahar (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, D.C. 20001
Phone: (202) 383-0882
Fax: (202) 637-3593
michaelbahar@eversheds-sutherland.com

1

Ian S. Shelton (SBN 24056305)
BAKER & MCKENZIE LLP
800 Capitol Street, Suite 2100
Houston, TX 77002
Phone: (713) 427-5029
Fax: (713) 427-5099
ian.shelton@bakermckenzie.com

*Attorneys for Defendants Nexo Capital Inc. and Antoni Trenchev*

2

## CERTIFICATE OF SERVICE

On October 21, 2024, I electronically filed the foregoing Defendants' Notice of Service of Rule 26 Initial Disclosures with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Tyler J. Bexley (SBN 2407392)
tyler.bexley@rm-firm.com
Jamison M. Joiner (SBN 24093775)
jamison.joiner@rm-firm.com
Allison N. Cook (SBN 24091695)
allison.cook@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St. Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

/s/ Alexander P. Fuchs
Alexnader P. Fuchs

3