**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

PETER FAGAN,                                    )   No. 4:24-cv-00466-ALM
                                                )
            Plaintiff,                          )
     v.                                         )
                                                )
NEXO CAPITAL INC. and ANTONI                    )
TRENCHEV,                                        )
                                                )
            Defendants.                         )

**JOINT NOTICE OF SETTLEMENT**

The Court's September 20, 2024 Order Governing Proceedings states that the partes "shall immediately notify the Court upon settlement." Dkt. 15 at 7. Pursuant to that Order, the parties hereby inform the Court that the parties have reached an agreement to settle in principle, subject to execution of a mutually agreeable long-form settlement agreement. The parties anticipate execution of the settlement agreement and the filing of a notice of dismissal within 30 days. The parties jointly request a stay of all remaining case deadlines for a period of 30 days.

Dated:  April 28, 2026                          Respectfully submitted,

                                                */s/ Ian S. Shelton*
                                                Ian S. Shelton
                                                Texas Bar No. 24056305
                                                BAKER & MCKENZIE LLP
                                                800 Capitol Street, Suite 2100
                                                Houston, TX 77002
                                                Phone: (713) 427-5029
                                                Fax: (713) 427-5099
                                                ian.shelton@bakermckenzie.com

                                                *Attorneys for Defendants Nexo Capital Inc. and*
                                                *Antoni Trenchev*

Dated:  April 28, 2026

Respectfully submitted,

*/s/ Tyler J. Bexley*
Tyler J. Bexley
Texas Bar No. 24073923
tyler.bexley@rm-firm.com
REESE MARKETOS LLP
Jamison M. Joiner
Texas Bar No. 24093775
jamison.joiner@rm-firm.com
Allison N. Cook
Texas Bar No. 24091695
allison.cook@rm-firm.com
750 N. Saint Paul St. Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

*Attorneys for Plaintiff Peter Fagan*