**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **PETER FAGAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | Cause No. 4:24-cv-00466 |
| | § | |
| **NEXO CAPITAL, INC. and ANTONI** | § | |
| **TRENCHEV,** | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order (ECF No. 50), Plaintiff Peter Fagan ("Plaintiff") and Defendants Nexo Capital Inc. and Antoni Trenchev ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice, and state as follows:

1.     Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that an action may be dismissed without order of the Court by the filing of a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.     Plaintiff Peter Fagan and Defendants Nexo Capital Inc. and Antoni Trenchev represent all the parties who have appeared in this action, and they hereby consent to and submit this Joint Stipulation of Dismissal with Prejudice.

3.     The dismissal is with prejudice as to all claims and counterclaims asserted by Plaintiff and Defendants in this action.

4.     Plaintiff and Defendants each agree to bear their own attorney's fees, costs, and expenses incurred in the above-captioned case.

5.     The Parties respectfully request that the Court close the case.

1

May 15, 2026                    Respectfully submitted,

**REESE MARKETOS LLP**

 _/s/ Tyler J. Bexley_
Tyler J. Bexley
Texas Bar No.: 24073923
tyler.bexley@rm-firm.com
Jamison M. Joiner
Texas Bar No.: 24093775
jamison.joiner@rm-firm.com
Allison N. Cook
Texas Bar No.: 24091695
allison.cook@rm-firm.com
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

*Attorneys for Plaintiff*

**BAKER & McKENZIE LLP**

 _/s/ Ian S. Shelton_
Ian S. Shelton
State Bar No.: 24056305
David A. Baay
State Bar No. 24027050
800 Capitol Street, Suite 2100
Houston, TX 77002
Phone: (713) 427-5029
Fax: (713) 427-5099
ian.shelton@bakermckenzie.com
david.baay@bakermckenzie.com

Allen S. Al-Haj
State Bar No.: 24096707
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-3000
Fax: (214) 978-3099
allen.alhaj@bakermckenzie.com

*Attorneys for Defendants Nexo Capital Inc. and Antoni Trenchev*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

_/s/ Ian S. Shelton_
Ian S. Shelton